POMERANTZ LLP
Jennifer Pafiti (SBN 282790)
Jordan L. Lurie (SBN 130013)
Ari Y. Basser (SBN 272618)
1100 Glendon Avenue, 15th Floor
Los Angeles, California 90024
Telephone: (310) 432-8492
jpafiti@pomlaw.com
jllurie@pomlaw.com
abasser@pomlaw.com
*Counsel for Lead Plaintiff Fadel Sakkal*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FADEL SAKKAL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANAPLAN INC., FRANK CALDERONI, and DAVID H. MORTON,<br><br>Defendants. | Case No. 20-cv-05959-RS<br><br>**ORDER GRANTING STIPULATION REGARDING DEADLINE FOR FILING AMENDED COMPLAINT AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE**<br><br>CLASS ACTION<br><br>The Honorable Richard Seeborg |

[ORDER GRANTING STIPULATION REGARDING DEADLINE FOR FILING AMENDED COMPLAINT AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

1
146728735

**ORDER**

Having considered the parties' STIPULATION REGARDING DEADLINE FOR FILING AMENDED COMPLAINT AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, the Court hereby orders that:

1. Lead Plaintiff shall file an Amended Complaint in this action on or before January 6, 2021.
2. The Order Regarding Briefing Schedule (ECF No. 15) shall remain in full effect.
3. The Initial Case Management Conference currently scheduled for December 3, 2020 is hereby continued to July 22, 2021 at 10:00 am. All parties shall appear telephonically and must contact Court Conference at (866) 582-6878 at least one week prior to the Conference to arrange their participation.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 11/20/2020

_____
The Honorable Richard Seeborg
United States District Judge

ORDER GRANTING STIPULATION REGARDING DEADLINE FOR FILING AMENDED COMPLAINT AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE

2

146728735