Bruce G. Vanyo (SBN 60134)
bruce@katten.com
Paul S. Yong (SBN 303164)
paul.yong@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA  90067
Telephone:  (310) 788-4400
Facsimile:  (310) 788-4471

Michael J. Lohnes (admitted *pro hac vice*)
michael.lohnes@katten.com
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, IL 60661
Telephone:  (312) 902-5200
Facsimile:  (312) 902-1061

*Counsel for Defendants Anaplan Inc.,*
*Frank Calderoni, and David H. Morton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FADEL SAKKAL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANAPLAN INC., FRANK CALDERONI, and DAVID H. MORTON,<br><br>Defendants. | Case No. 20-cv-05959-RS<br><br>**DECLARATION OF PAUL S. YONG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>The Honorable Richard Seeborg<br><br>Date: August 26, 2021<br><br>Time: 1:30 PM<br><br>Courtroom:  3 |

DECLARATION OF PAUL S. YONG IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS
CASE NO. 20-CV-05959-RS

I, Paul S. Yong, hereby declare as follows:

1.      I am an attorney of the law firm Katten Muchin Rosenman LLP, counsel of record for Defendants Anaplan Inc. ("Anaplan"), Frank Calderoni, and David H. Morton (collectively, "Defendants").  I know the following to be true based on my own personal knowledge, and, if called as a witness, I could and would testify competently to the matters herein.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts from Anaplan's annual report on Form 10-K for Fiscal Year 2019, filed with the SEC on March 29, 2019.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of the "About" page on Anaplan's public website, available at https://www.anaplan.com/about/ and accessed on March 8, 2021.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Anaplan's quarterly report on Form 10-Q for the second quarter of Fiscal Year 2020, filed with the SEC on September 9, 2019.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the Form 8-K Anaplan filed with the SEC on November 21, 2019 containing its earnings press release for the third quarter of Fiscal Year 2020.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of relevant excerpts from Anaplan's annual report on Form 10-K for Fiscal Year 2020, filed with the SEC on March 30, 2020.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of relevant excerpts from Anaplan's earnings presentation for the third quarter of Fiscal Year 2020, issued on November 21, 2019.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of Anaplan's quarterly report on Form 10-Q for the third quarter of Fiscal Year 2020, filed with the SEC on December 9, 2019.

Katten
Katten Muchin Rosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

1

Katten
KattenMuchinRosenman LLP

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel   310.788.4471 fax

9. Attached hereto as **Exhibit 8** is a true and correct copy of a transcript published by S&P Global of Anaplan's earnings call for its third quarter of Fiscal Year 2020, held on November 21, 2019.

10. Attached hereto as **Exhibit 9** is a true and correct copy of the Form 8-K Anaplan filed with the SEC on February 25, 2019 containing its earnings press release for the fourth quarter of Fiscal Year 2019.

11. Attached hereto as **Exhibit 10** is a true and correct copy of the Form 8-K Anaplan field with the SEC on February 27, 2020 containing its earnings press release for the fourth quarter of Fiscal Year 2020.

12. Attached hereto as **Exhibit 11** is a true and correct copy of relevant excerpts from Anaplan's earnings presentation for the fourth quarter of Fiscal Year 2020, issued on February 27, 2020.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a transcript published by S&P Global of Anaplan's earnings call for its fourth quarter of Fiscal Year 2020, held on February 27, 2020.

14. Attached hereto as **Exhibit 13** is a true and correct copy of a chart reflecting Anaplan's historical stock prices from November 19, 2019 through January 6, 2021, as reported by Yahoo! Finance.

15. Attached hereto as **Exhibit 14** is a true and correct copy of relevant excerpts from Anaplan's earnings presentation for the second quarter of Fiscal Year 2020, issued on August 27, 2019.

16. Attached hereto as **Exhibit 15** is a true and correct copy of an analyst report published by Deutsche Bank Securities Inc. on August 27, 2019, titled "All Systems Go."

17. Attached hereto as **Exhibit 16** is a true and correct copy of an analyst report published by Evercore Group L.L.C on November 21, 2019, titled "Larger 'Lands' & 'Expands' Drive Revenue & Billings Outperformance; Initial FY21 Guide Leaves Plenty of Room for Upside; PT to $65."

2

Katten
KattenMuchinRosenman LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
310.788.4400 tel    310.788.4471 fax

18.    Attached hereto as **Exhibit 17** is a true and correct copy of relevant excerpts from Anaplan's Definitive Proxy Statement filed with the SEC on April 22, 2019.

19.    Attached hereto as **Exhibit 18** is a true and correct copy of relevant excerpts from Anaplan's Definitive Proxy Statement filed with the SEC on April 21, 2020.

20.    Attached hereto as **Exhibit 19** are true and correct copies of Forms 4s filed on behalf of Frank Calderoni with the SEC on November 21, 2019, December 10, 2019, January 2, 2020, January 10, 2020, February 3, 2020, and February 10, 2020.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 8, 2021 in Los Angeles, California.

KATTEN MUCHIN ROSENMAN LLP

_____*/s/ Paul S. Yong*_____
Paul S. Yong (SBN 303164)
Email: paul.yong@katten.com
Bruce G. Vanyo (SBN 60134)
Email:  bruce@katten.com
2029 Century Park East, Suite 2600
Los Angeles, California 90067
Telephone (313) 788-4400
Facsimile: (313) 788-4471

Michael J. Lohnes (admitted *pro hac vice*)
525 West Monroe Street
Chicago, Illinois 60661
Telephone: (312) 902-5200
Facsimile: (312) 902-1061
Email: michael.lohnes@katten.com

*Attorneys for Defendants Anaplan, Inc.,*
*Frank Calderoni, and David H. Morton*

3