# EXHIBIT 2

What is Anaplan? | Anaplan



 **Anaplan**

**ABOUT ANAPLAN**

# We enable decisive action in dynamic conditions, turning complexity into clarity and alignment

Join us    Our Backstory

# Digital transformation for enterprise performance

Anaplan is a cloud-native enterprise SaaS company helping global enterprises orchestrate business performance.

Anaplan's unrivaled hyperscale computing lets you digitally encode business strategy and link it to operational plans. We make it possible to illuminate blind spots lurking between siloed transactional enterprise systems. So you gain cross-silo line-of-sight. Can trust a single source of

 **Anaplan**

# Chosen by the biggest and best organizations worldwide

More than 1,400 leading organizations, representing nearly every industry, use Anaplan around the world.















# /\naplan



Read their stories

# More resources