# EXHIBIT 9

8-K 1 d702716d8k.htm 8-K

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

---

# FORM 8-K

---

### CURRENT REPORT
### Pursuant to Section 13 or 15(d)
### of the Securities Exchange Act of 1934

### Date of Report (Date of earliest event reported): February 25, 2019

---

# ANAPLAN, INC.
### (Exact name of registrant as specified in its charter)

---

| **Delaware** | **001-38698** | **27-0897861** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**Anaplan, Inc.**
**50 Hawthorne Street**
**San Francisco, CA**　　　　　　　　　　　　　　　　**94105**
(Address of principal executive office)　　　　　　　　(Zip Code)

**Registrant's telephone number, including area code: (415) 742-8199**

**N/A**
(Former name or former address, if changed since last report)

---

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions (see General Instruction A.2.):

☐　　Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

☐　　Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

☐　　Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

☐　　Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

Indicate by check mark whether the registrant is an emerging growth company as defined in Rule 405 of the Securities Act of 1933 (§ 230.405 of this chapter) or Rule 12b-2 of the Securities Exchange Act of 1934 (§ 240.12b-2 of this chapter).

Emerging growth company　☑

If an emerging growth company, indicate by check mark if the registrant has elected not to use the extended transition period for complying with any new or revised financial accounting standards provided pursuant to Section 13(a) of the Exchange Act.　☑

---

**Item 2.02 Results of Operations and Financial Condition.**

On February 25, 2019, Anaplan, Inc. (the "Company" or "Anaplan") issued a press release reporting its financial results for the fiscal quarter and the full fiscal year ended January 31, 2019. The press release is attached to this Current Report on Form 8-K as Exhibit 99.1.

As provided in General Instruction B.2 of Form 8-K, the information in this Item 2.02 and the exhibit hereto are "furnished" and shall not be deemed to be "filed" for purposes of Section 18 of the Securities Exchange Act of 1934, as amended (the "Exchange Act"), or otherwise subject to the liability of such section nor shall it be deemed incorporated by reference in any filing under the Securities Act of 1933, as amended (the "Securities Act"), or the Exchange Act, regardless of any general incorporation language in such filing.

**Item 7.01 Regulation FD Disclosure.**

Anaplan has issued a Supplemental Financial Information document. The Supplemental Financial Information is available on Anaplan's Investor Center website at https://investors.anaplan.com. Anaplan management will hold a public webcast today at 5:30 a.m. Pacific Time that can be accessed on its Investor Center website at https://investors.anaplan.com. During today's webcast, Anaplan will provide an outlook for its fiscal first quarter ending April 30, 2019 and for full fiscal year ending January 31, 2020, including key underlying assumptions. A replay will be available on Anaplan's Investor Center website at https://investors.anaplan.com shortly following the event's conclusion. Investors and others should note that Anaplan routinely uses the Investor Center section of its corporate website to announce material information to investors and the marketplace. While not all of the information that Anaplan posts on its corporate website is of a material nature, some information could be deemed to be material. Accordingly, Anaplan encourages investors, the media, and others interested in Anaplan to review the information that it shares on its Investor Center.

As provided in General Instruction B.2 of Form 8-K, the information in this Item 7.01 is "furnished" and shall not be deemed to be "filed" for purposes of Section 18 of the Exchange Act or otherwise subject to the liability of such section nor shall it be deemed incorporated by reference in any filing under the Securities Act or the Exchange Act, regardless of any general incorporation language in such filing.

**Item 9.01 Financial Statements and Exhibits.**

(d) Exhibits.

The following exhibits are attached to this Current Report on Form 8-K:

| Exhibit No. | |
|---|---|
| 99.1 | Press release, dated February 25, 2019, of Anaplan, Inc. |

*Cautionary Note Regarding Forward-Looking Statements*

*This Form 8-K contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, each as amended, including all statements other than statements of historical fact contained in this report and, in particular, statements about the Company's plans, strategies and prospects, estimates of enterprise cloud-market growth, market demand, financial outlook for the Company's first fiscal quarter ending April 30, 2019 and for the full fiscal year 2020 ending January 31, 2020 and the underlying assumptions, competitive position, current expectations and projections about future events and trends that we believe may affect our financial condition, results of operations, short- and long-term business operations and objectives, and financial needs. These statements identify prospective information and may include words such as "expects," "intends," "continue," "plans," "anticipates," "believes," "estimates," "predicts," "projects," "potential," "should," "may," "will," or the negative version of these words, variations of these words and comparable terminology. These forward-looking statements are based on information available to the Company as of the date of this report and are based on management's current views and assumptions. These forward-looking statements are conditioned upon and also involve a number of known and unknown risks, uncertainties, and other factors that could cause actual results, performance or events to differ materially from those anticipated by these forward-looking statements. Such risks, uncertainties, and other factors may be beyond the Company's control and may pose a risk to the Company's operating and financial condition. Such risks and uncertainties include, but are not limited to: we have a limited history of operating at our current scale and under our current strategy, which makes it difficult to predict our future operating results, and we may not achieve our expected operating results in the future; due to our history of net losses, we anticipate increasing our operating expenses in the future, and we do not expect to be profitable for the foreseeable future; our quarterly results may fluctuate significantly and may not fully reflect the underlying performance of our business; because we derive substantially all of our revenue from a single software platform, failure of our Connected Planning solutions in general and our platform in particular to satisfy customer demands or to achieve increased market acceptance would adversely affect our business, results of operations, financial condition, and growth prospects; if we are unable to attract new customers, both domestically and internationally, the growth of our revenue will be adversely affected and our business may be harmed; our business depends substantially on our customers renewing their subscriptions and expanding their use of our platform and failure to achieve renewals and expansions may result in a material adverse effect on our business operations; the markets in which we participate are intensely competitive, and if we do not compete effectively, our business and operating results could be adversely affected; if we experience a security incident, our platform may be perceived as not being secure, our reputation may be harmed, customers may reduce the use of or stop using our platform, we may incur significant liabilities, and our business could be materially adversely affected; real or perceived errors, failures, bugs, service outages, or disruptions in our platform could adversely affect our reputation and harm our business; we have experienced rapid growth in recent periods and expect to continue to invest in our growth for the foreseeable future; if we fail to manage our growth effectively, we may be unable to execute our business plan, maintain high levels of service, or adequately address competitive challenges; we could incur substantial costs in protecting or defending our intellectual property rights; our global operations and sales to customers outside the United States or with international operations subject us to risks inherent in international operations that can harm our business, results of operations, and financial condition; the uncertainty in and volatility of the broader stock market generally or the stock price of our common stock specifically may result in shareholders not being able to resell their shares at or above the price at which they purchased the shares. Information concerning risks, uncertainties and other factors that could cause results to differ materially from the expectations described in this Form 8-K is contained in the Company's quarterly report on Form 10-Q filed with the U.S. Securities and Exchange Commission on December 10, 2018, the "Risk Factors" section of which is incorporated into this Form 8-K by reference, and other documents filed with or furnished to the Securities and Exchange Commission. These forward-looking statements should not be relied upon as representing the Company's views as of any subsequent date and the Company undertakes no obligation to update forward-looking statements to reflect events or circumstances after the date they were made.*

*The inclusion of Anaplan's website address in this Form 8-K is intended to be an inactive textual reference only and not an active hyperlink. The information contained in, or that can be accessed through, Anaplan's website and social media channels are not part of this Form 8-K.*

**SIGNATURE**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned, hereunto duly authorized.

|  | ANAPLAN, INC. |  |
|---|---|---|
|  | By: | |
|  | | /s/ DAVID H. MORTON, JR. |
|  | Name: | David H. Morton, Jr. |
|  | Title: | Executive Vice President, Finance and Chief Financial Officer (Principal Financial Officer) |

Date: February 25, 2019

EX-99.1 2 d702716dex991.htm EX-99.1

**Exhibit 99.1**

**Anaplan Announces Fourth Quarter and
Full Fiscal Year 2019 Financial Results**

- Fourth Quarter Subscription Revenue grew 44% year-over-year

- Dollar-Based Net Expansion Rate of 123%

**SAN FRANCISCO, February 25, 2019 —** Anaplan Inc. (NYSE:PLAN), a pioneer in Connected Planning, today announced financial results for its fourth quarter and full fiscal year ended January 31, 2019.

"We are proud of our achievements both in our fourth quarter and the full fiscal year. We are experiencing incredible momentum and continue to be the leader in Connected Planning," said Frank Calderoni, chief executive officer at Anaplan. "We see our customers transform their businesses with better decision making, and they see impressive results that our platform provides across their entire enterprise. This is just the beginning, and we know there is so much more opportunity ahead in this next fiscal year."

**Fourth Quarter Fiscal 2019 Financial Results**

- Total revenue was $69.3 million, an increase of 49% year-over-year. Subscription revenue was $59.7 million, an increase of 44% year-over-year.

- GAAP operating loss was $32.7 million or 47.2% of total revenue, compared to $19.8 million in the fourth quarter of fiscal 2018 or 42.7% of total revenue. Non-GAAP operating loss was $15.9 million, or 22.9% of total revenue, compared to $16.4 million in the fourth quarter of fiscal 2018, or 35.4% of total revenue.

- GAAP loss per share was $0.27, compared to $0.97 in the fourth quarter of fiscal 2018. Non-GAAP loss per share was $0.13, compared to $0.18 in the fourth quarter of fiscal 2018.

- Cash and Cash Equivalents were $326.9 million as of January 31, 2019.

**Full Year Fiscal 2019 Financial Results**

- Total revenue was $240.6 million, an increase of 43% year-over-year. Subscription revenue was $208.6 million, an increase of 45% year-over-year.

- GAAP operating loss was $128.3 million or 53.3% of total revenue, compared to $45.9 million in fiscal 2018 or 27.3% of total revenue. Non-GAAP operating loss was $74.4 million, or 30.9% of total revenue, compared to $37.1 million in fiscal 2018, or 22.0% of total revenue.

- GAAP loss per share was $2.46, compared to $2.51 in fiscal 2018. Non-GAAP loss per share was $0.73, compared to $0.44 in fiscal 2018.

1

**Financial Outlook**

The Company is providing the following guidance for its first quarter fiscal 2020 and its full year fiscal 2020.

- **First Quarter Fiscal 2020:** Total revenue is expected to be between $70 and $71 million and non-GAAP operating margin is expected to be between negative 34.5% to 35.5%.

- **Full Year Fiscal 2020:** Total revenue is expected to be between $310 to $314 million and non- GAAP operating margin is expected to be between negative 26% to 27%.

The section titled "Non-GAAP Financial Measures" below contains a description of the non-GAAP financial measures, definitions of our operating metrics and a reconciliation of GAAP and non-GAAP financial measures is contained in the tables below. A reconciliation of non-GAAP measures to corresponding GAAP measures is not available on a forward-looking basis without unreasonable effort due to the uncertainty regarding, and the potential variability of, the costs and expenses that may be incurred in the future and therefore, cannot be reasonably predicted. The effect of these excluded items may be significant.

**Recent Highlights**

- Anaplan was recognized as a Leader in the Gartner Magic Quadrant for Sales Performance Management for the third consecutive year.

- Anaplan was named a Top Performer in the first ever Forrester Sales Performance Management Wave.

- Anaplan named to the Constellation ShortList™ for Cloud-Based Performance Management in Q1 2019

- Anaplan and Global Partner of the Year, Deloitte, collaborated to release a solution for Digital Commercial Planning (DCP) that delivers closed loop planning with advanced revenue management analytics.

**Webcast and Conference Call Information**

Anaplan will host a conference call for investors on February 25, 2019 at 5:30 a.m. Pacific Time and 8:30 a.m. Eastern Time to discuss the company's financial results and business highlights. Investors are invited to listen to a live webcast of the conference call by visiting https://investors.anaplan.com. A replay of the webcast will be available for one year. The call can also be accessed live via phone by dialing (877) 823-8690 or, for international callers, (647) 689-4061 with conference ID 5159758. An audio replay will be available shortly after the call and can be accessed by dialing (800) 585-8367 or, for international callers (416) 621-4642. The passcode for the replay is 5159758.

2

**About Anaplan**

Anaplan (NYSE: PLAN) is pioneering the category of Connected Planning. Our platform, powered by our proprietary Hyperblock™ technology, purpose-built for Connected Planning, enables dynamic, collaborative, and intelligent planning. Large global enterprises use our solution to connect people, data, and plans to enable real-time planning and decision-making in rapidly changing business environments to give our customers a competitive advantage. Based in San Francisco, we have over 20 offices globally, 175 partners, and more than 1,100 customers worldwide.

**Forward-Looking Statements**

This press release contains forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934, each as amended, including all statements other than statements of historical fact contained in this press release and, in particular, the quotations from management, financial outlook and earnings guidance, statements about the Company's plans, strategies and prospects, estimates of enterprise cloud-market growth, market demand, competitive position, current expectations and projections about future events and trends that we believe may affect our financial condition, results of operations, short- and long-term business operations and objectives, and financial needs. These statements identify prospective information and may include words such as "expects," "intends," "continue," "plans," "anticipates," "believes," "estimates," "predicts," "projects," "potential," "should," "may," "will," or the negative version of these words, variations of these words and comparable terminology. These forward-looking statements are based on information available to the Company as of the date of this press release and are based on management's current views and assumptions. These forward-looking statements are conditioned upon and also involve a number of known and unknown risks, uncertainties, and other factors that could cause actual results, performance or events to differ materially from those anticipated by these forward- looking statements. Such risks, uncertainties, and other factors may be beyond the Company's control and may pose a risk to the Company's operating and financial condition. Such risks and uncertainties include, but are not limited to: we have a limited history of operating at our current scale and under our current strategy, which makes it difficult to predict our future operating results, and we may not achieve our expected operating results in the future; due to our history of net losses, we anticipate increasing our operating expenses in the future, and we do not expect to be profitable for the foreseeable future; our quarterly results may fluctuate significantly and may not fully reflect the underlying performance of our business; because we derive substantially all of our revenue from a single software platform, failure of our Connected Planning solutions in general and our platform in particular to satisfy customer demands or to achieve increased market acceptance would adversely affect our business, results of operations, financial condition, and growth prospects; if we are unable to attract new customers, both domestically and internationally, the growth of our revenue will be adversely affected and our business may be harmed; our business depends substantially on our customers renewing their subscriptions and expanding their use of our platform and failure to achieve renewals and expansions may result in a material adverse effect on our business operations; the markets in which we participate are intensely competitive, and if we do not compete effectively, our business and operating results could be adversely affected; if we experience a security incident, our platform may be perceived as not being secure, our reputation may be harmed, customers may reduce the use of or stop using our platform, we may incur significant liabilities, and our business could be materially adversely affected; real or perceived errors, failures, bugs, service outages, or disruptions in our platform could adversely affect our reputation and harm our business; we have experienced rapid growth in recent periods and expect to continue to invest in our growth for the foreseeable future; if we fail to manage our growth effectively, we may be unable to execute our business plan, maintain high levels of service, or adequately address competitive challenges; we could incur substantial costs in protecting or defending our intellectual property rights,

3

and any failure to protect our intellectual property rights could impair our ability to protect our proprietary technology and our brand; our global operations and sales to customers outside the United States or with international operations subject us to risks inherent in international operations that can harm our business, results of operations, and financial condition; the uncertainty in and volatility of the broader stock market generally or the stock price of our common stock specifically may result in shareholders not being able to resell their shares at or above the price at which they purchased shares. Information concerning risks, uncertainties and other factors that could cause results to differ materially from the expectations described in this press release is contained in the Company's quarterly report on Form 10-Q filed with the U.S. Securities and Exchange Commission on December 10, 2018, the "Risk Factors" section of which is incorporated into this press release by reference, and other documents filed with or furnished to the Securities and Exchange Commission. These forward-looking statements should not be relied upon as representing the Company's views as of any subsequent date and the Company undertakes no obligation to update forward-looking statements to reflect events or circumstances after the date they were made. The information contained in, or that can be accessed through, Anaplan's website and social media channels are not part of this press release.

**Investor Contact:**
Edelita Tichepco
investors@anaplan.com

**Media Contact:**
Hannah Cho
press@anaplan.com

4

**Preliminary Consolidated Statements of Operations**
**(In thousands, except per share amounts)**
**(Unaudited)**

| | Three Months Ended January 31, | | Year Ended January 31, | |
|---|---:|---:|---:|---:|
| | 2019 | 2018 | 2019 | 2018 |
| Revenue: | | | | |
| Subscription revenue | $ 59,700 | $ 41,524 | $ 208,605 | $ 143,542 |
| Professional services revenue | 9,550 | 4,815 | 32,037 | 24,805 |
| Total revenue | 69,250 | 46,339 | 240,642 | 168,347 |
| Cost of revenue: | | | | |
| Cost of subscription revenue (1) | 10,585 | 7,491 | 36,500 | 19,927 |
| Cost of professional services revenue (1) | 9,577 | 5,065 | 30,898 | 32,058 |
| Total cost of revenue | 20,162 | 12,556 | 67,398 | 51,985 |
| Gross profit | 49,088 | 33,783 | 173,244 | 116,362 |
| Operating expenses: | | | | |
| Research and development (1) | 12,942 | 8,103 | 48,998 | 30,908 |
| Sales and marketing (1) | 49,861 | 34,173 | 176,323 | 100,654 |
| General and administrative (1) | 18,968 | 11,283 | 76,186 | 30,719 |
| Total operating expenses | 81,771 | 53,559 | 301,507 | 162,281 |
| Loss from operations | (32,683) | (19,776) | (128,263) | (45,919) |
| Interest income, net | 1,482 | 33 | 1,921 | 108 |
| Other income (expense), net | (223) | 275 | (1,465) | (482) |
| Loss before income taxes | (31,424) | (19,468) | (127,807) | (46,293) |
| Provision for income taxes | (1,132) | (337) | (3,209) | (1,261) |
| Net loss | $ (32,556) | $ (19,805) | $ (131,016) | $ (47,554) |
| Net loss per share attributable to common stockholders, basic and diluted | $ (0.27) | $ (0.97) | $ (2.46) | $ (2.51) |
| Weighted-average shares used in computing net loss per share | 119,076 | 20,391 | 53,328 | 18,956 |
| | | | | |
| (1) Includes stock-based compensation expense as follows: | | | | |
| Cost of subscription revenue | $ 462 | $ 78 | $ 831 | $ 148 |
| Cost of professional services revenue | 473 | 64 | 851 | 507 |
| Research and development | 1,719 | 221 | 3,826 | 742 |
| Sales and marketing | 6,606 | 938 | 15,475 | 3,496 |
| General and administrative | 6,663 | 2,003 | 31,823 | 3,746 |
| Total stock-based compensation expense | $ 15,923 | $ 3,304 | $ 52,806 | $ 8,639 |

5

**Preliminary Consolidated Balance Sheets**
**(In thousands)**
**(Unaudited)**

| | As of January 31, | |
| --- | ---: | ---: |
| | 2019 | 2018 |
| **ASSETS** | | |
| Current assets: | | |
|     Cash and cash equivalents | $ 326,863 | $ 110,898 |
|     Accounts receivable, net | 92,597 | 66,061 |
|     Deferred commissions, current portion | 15,827 | 9,101 |
|     Prepaid expenses and other current assets | 13,377 | 12,014 |
|         Total current assets | 448,664 | 198,074 |
| Property and equipment, net | 43,340 | 18,321 |
| Deferred commissions, net of current portion | 35,063 | 21,568 |
| Restricted cash | — | 6,128 |
| Other noncurrent assets | 1,702 | 2,656 |
| TOTAL ASSETS | $ 528,769 | $ 246,747 |
| | | |
| **LIABILITIES AND STOCKHOLDERS' EQUITY** | | |
| Current liabilities: | | |
|     Accounts payable | $ 6,182 | $ 6,417 |
|     Accrued expenses | 52,570 | 26,685 |
|     Deferred revenue, current portion | 149,611 | 101,047 |
|         Total current liabilities | 208,363 | 134,149 |
| Deferred revenue, net of current portion | 1,232 | 239 |
| Other noncurrent liabilities | 11,696 | 720 |
| TOTAL LIABILITIES | 221,291 | 135,108 |
| Commitments and contingencies | | |
| Stockholders' equity: | | |
|     Convertible preferred stock | — | 7 |
|     Common stock | 12 | 3 |
|     Accumulated other comprehensive loss | (3,036) | (1,982) |
|     Additional paid-in capital | 653,738 | 325,831 |
|     Accumulated deficit | (343,236) | (212,220) |
| TOTAL STOCKHOLDERS' EQUITY | 307,478 | 111,639 |
| TOTAL LIABILITIES AND STOCKHOLDERS' EQUITY | $ 528,769 | $ 246,747 |

6

**Preliminary Consolidated Statements of Cash Flows**
**(In thousands)**
**(Unaudited)**

| | Year Ended January 31, | |
| --- | ---: | ---: |
| | 2019 | 2018 |
| **CASH FLOWS FROM OPERATING ACTIVITIES:** | | |
| Net loss | $(131,016) | $ (47,554) |
| Adjustments to reconcile net loss to net cash used in operating activities: | | |
| Depreciation and amortization | 12,937 | 7,399 |
| Amortization of deferred commissions | 11,709 | 7,409 |
| Stock-based compensation | 52,806 | 8,639 |
| Loss on disposal of property and equipment | 582 | 71 |
| Changes in operating assets and liabilities: | | |
| Accounts receivable, net | (28,542) | (9,982) |
| Prepaid expenses and other current assets | (1,439) | (5,853) |
| Other noncurrent assets | 702 | (1,176) |
| Deferred commissions | (32,813) | (14,765) |
| Accounts payable and accrued expenses | 15,544 | 8,948 |
| Deferred revenue | 52,604 | 32,413 |
| Other noncurrent liabilities | 1,073 | (50) |
| Net cash used in operating activities | (45,853) | (14,501) |
| **CASH FLOWS FROM INVESTING ACTIVITIES:** | | |
| Purchase of property and equipment | (15,122) | (9,565) |
| Capitalized internal-use software | (7,397) | (5,801) |
| Net cash used in investing activities | (22,519) | (15,366) |
| **CASH FLOWS FROM FINANCING ACTIVITIES:** | | |
| Proceeds from initial public offering, net of underwriting discounts and commissions | 281,813 | — |
| Proceeds from issuance of common stock in private placement | 20,000 | — |
| Proceeds from issuance of preferred stock, net of issuance costs | — | 59,881 |
| Proceeds from exercise of stock options | 6,209 | 3,309 |
| Proceeds from repayment of promissory notes | 1,914 | 1,534 |
| Payment of exercise of warrants | 37 | — |
| Taxes paid related to net share settlement of equity awards | (28,422) | — |
| Principal payments on capital lease obligations | (1,628) | — |
| Net cash provided by financing activities | 279,923 | 64,724 |
| Effect of exchange rate changes on cash and cash equivalents | (1,714) | 1,264 |
| NET INCREASE (DECREASE) IN CASH, CASH EQUIVALENTS, AND RESTRICTED CASH | 209,837 | 36,121 |
| CASH, CASH EQUIVALENTS, AND RESTRICTED CASH - Beginning of period | 117,026 | 80,905 |
| CASH, CASH EQUIVALENTS, AND RESTRICTED CASH - End of period | $ 326,863 | $117,026 |

7

**Reconciliation of GAAP to Non-GAAP Financial Measures**
**(In thousands, except percentages and per share amounts)**
**(Unaudited)**

| | Three Months Ended January 31, | | Year Ended January 31, | |
|---|---|---|---|---|
| | 2019 | 2018 | 2019 | 2018 |
| **Revenue** | $ 69,250 | $ 46,339 | $ 240,642 | $168,347 |
| GAAP operating loss | $ (32,683) | $ (19,776) | $(128,263) | $ (45,919) |
| Stock-based compensation | 15,923 | 3,304 | 52,806 | 8,639 |
| Employer payroll tax expense related to employee stock plans | 834 | — | 834 | — |
| Amortization of acquired intangibles | 53 | 53 | 212 | 212 |
| **Non-GAAP operating loss** | **$ (15,873)** | **$ (16,419)** | **$ (74,411)** | **$ (37,068)** |
| GAAP operating margin % | -47.2% | -42.7% | -53.3% | -27.3% |
| Stock-based compensation % | 23.0% | 7.1% | 21.9% | 5.1% |
| Employer payroll tax expense related to employee stock plans % | 1.2% | 0.0% | 0.3% | 0.0% |
| Amortization of acquired intangibles % | 0.1% | 0.2% | 0.2% | 0.2% |
| **Non-GAAP operating margin %** | **-22.9%** | **-35.4%** | **-30.9%** | **-22.0%** |
| GAAP net loss | $ (32,556) | $ (19,805) | $(131,016) | $ (47,554) |
| Stock-based compensation | 15,923 | 3,304 | 52,806 | 8,639 |
| Employer payroll tax expense related to employee stock plans | 834 | — | 834 | — |
| Amortization of acquired intangibles | 53 | 53 | 212 | 212 |
| **Non-GAAP net loss** | **$ (15,746)** | **$ (16,448)** | **$ (77,164)** | **$ (38,703)** |
| GAAP net loss per share, basic and diluted | $ (0.27) | $ (0.97) | $ (2.46) | $ (2.51) |
| Stock-based compensation | 0.13 | 0.16 | 0.99 | 0.46 |
| Employer payroll tax expense related to employee stock plans | 0.01 | 0.00 | 0.02 | 0.00 |
| Amortization of acquired intangibles | 0.00 | 0.00 | 0.00 | 0.01 |
| Impact of difference in number of GAAP and non-GAAP shares | 0.00 | 0.63 | 0.72 | 1.60 |
| **Non-GAAP net loss per share** | **$ (0.13)** | **$ (0.18)** | **$ (0.73)** | **$ (0.44)** |
| Shares used to compute GAAP net loss per share attributable to common stockholders, basic and diluted | 119,076 | 20,391 | 53,328 | 18,956 |
| Weighted average effect of the assumed conversion of convertible preferred stock from the date of issuance | — | 72,411 | 51,020 | 69,219 |
| Weighted average effect of the assumed vesting of restricted stock unit from the date of issuance | — | 147 | 1,132 | 37 |
| **Shares used to compute Non-GAAP net loss per share** | **119,076** | **92,949** | **105,480** | **88,212** |
| GAAP net cash used in operating activities | $ (15,938) | $ 3,477 | $ (45,853) | $ (14,501) |
| Purchase of property and equipment | (1,577) | (1,638) | (15,122) | (9,565) |
| Capitalized internal-use software | (2,033) | (1,632) | (7,397) | (5,801) |
| **Non-GAAP free cash flow** | **$ (19,548)** | **$ 207** | **$ (68,372)** | **$ (29,867)** |

**Non-GAAP Financial Measures**

In addition to financial measures prepared in accordance with U.S. generally accepted accounting principles (GAAP), this press release and the accompanying tables contain non-GAAP financial measures, including non-GAAP sales and marketing expense, non-GAAP research and development expense, non- GAAP general and administrative expense, non-GAAP loss from operations, non-GAAP operating margin, non-GAAP net loss, non-GAAP net loss per share, and free cash flow. The non-GAAP financial information is presented for supplemental informational purposes only, and is not intended to be considered in isolation or as a substitute for, or superior to, financial information prepared and presented in accordance with GAAP. The non-GAAP measures presented here may be different from similarly-titled non-GAAP measures used by other companies.

8

We use these non-GAAP measures in conjunction with GAAP measures as part of our overall assessment of our performance, including the preparation of our annual operating budget and quarterly forecasts, to evaluate the effectiveness of our business strategies and to communicate with our board of directors concerning our financial performance. We believe these non-GAAP measures, when viewed collectively with the GAAP measures, may be helpful to investors because they provide consistency and comparability with our past financial performance and facilitate period-to-period comparisons of our operating results.

There are material limitations associated with the use of non-GAAP financial measures since they exclude significant expenses and income that are required by GAAP to be recorded in our financial statements. The definitions of our non-GAAP measures may differ from the definitions used by other companies and therefore comparability may be limited. In addition, other companies may utilize metrics that are not similar to ours. We compensate for these limitations by analyzing current and future results on a GAAP basis as well as a non-GAAP basis and by providing specific information regarding the GAAP items excluded from these non-GAAP financial measures. Please see the reconciliation tables in this release for the reconciliation of GAAP and non-GAAP results.

We adjust the following items from one or more of our non-GAAP financial measures:

*Stock-based compensation expense*. We exclude stock-based compensation expense, which is a non- cash expense, from certain of our non-GAAP financial measures because we believe that excluding this item provides meaningful supplemental information regarding operational performance. In particular, companies calculate stock-based compensation expense using a variety of valuation methodologies and subjective assumptions.

*Employer payroll tax expense related to employee stock plans*. We exclude employer payroll tax expense related to employee stock plans, which is a cash expense, from certain of our non-GAAP financial measures because we believe that excluding this item provides meaningful supplemental information regarding operational performance. In particular, this expense is tied to the exercise or vesting of underlying equity awards and the price of our common stock at the time of exercise or vesting, which may vary from period to period independent of the operating performance of our business.

*Amortization of acquired intangible assets*. We exclude amortization of acquired intangible assets, which is a non-cash expense, from certain of our non-GAAP financial measures. Our expenses for amortization of intangible assets are inconsistent in amount and frequency because they are significantly affected by the timing, size of acquisitions and the inherent subjective nature of purchase price allocations. We exclude these amortization expenses because we do not believe these expenses have a direct correlation to the operation of our business.

*Internal-use software*. We include capitalization and the subsequent amortization of internal-use software, which is a non-cash expense, in certain of our non-GAAP financial measures. We capitalize certain costs incurred for the development of computer software for internal use and then amortize those costs over the estimated useful life. Capitalization and amortization of software development costs can vary significantly depending on the timing of products reaching technological feasibility and being made generally available.

9

*Purchase of property and equipment.* We include purchase of property and equipment in certain of our non-GAAP financial measures, such as free cash flow. Our management reviews cash flows generated from operations after taking into consideration capital expenditures such as purchase of property and equipment as these expenditures are considered to be a necessary component of ongoing operations.

**Operating Metrics**

Annual recurring revenue (ARR) is calculated as subscription revenue already booked and in backlog that will be recorded over the next 12 months, assuming any contract expiring in those 12 months is renewed and continues on its existing terms and at its prevailing rate of utilization.

Dollar-based Net Expansion Rate is calculated as the ARR at the end of a period for the base set of customers from which we had ARR in the year prior to the calculation, divided by the ARR one year prior to the date of calculation for that same customer base.

10