# EXHIBIT 13

Finance Home    Watchlists    My Portfolio    Screeners    Premium    Markets    News    •••    Premium -Try it free

## Anaplan, Inc. (PLAN)
NYSE - NYSE Delayed Price. Currency in USD

⭐ Add to watchlist    👥 Visitors trend  2W ↑  10W ↑  9M ↑    Quote Lookup

**57.44**  −1.16 (−1.98%)    **57.50**  +0.06 (0.10%)
At close: March 5 4:00PM EST    Pre-Market: 4:00AM EST

Summary    Company Outlook 🔒    Chart    Conversations    Statistics    **Historical Data**    Profile    Financials    Analysis    Options    ...


REFINITIV TRADE DISCOVERY    LEARN MORE
Your FRTB solution for increasingly complex regulatory challenges    REFINITIV

Time Period: Nov 19, 2019 - Jan 06, 2021 ⌄    Show: Historical Prices ⌄
Frequency: Daily ⌄    Apply

Currency in USD    ⬇ Download

| Date | Open | High | Low | Close* | Adj Close** | Volume |
|---|---|---|---|---|---|---|
| Jan 06, 2021 | 69.32 | 70.25 | 67.89 | 68.18 | 68.18 | 1,819,600 |
| Jan 05, 2021 | 70.57 | 71.88 | 69.75 | 70.89 | 70.89 | 1,700,700 |
| Jan 04, 2021 | 71.96 | 72.00 | 67.93 | 69.84 | 69.84 | 2,232,600 |
| Dec 31, 2020 | 71.41 | 72.60 | 71.28 | 71.85 | 71.85 | 1,516,700 |
| Dec 30, 2020 | 74.01 | 74.11 | 71.40 | 72.02 | 72.02 | 1,911,100 |
| Dec 29, 2020 | 73.07 | 74.57 | 72.36 | 73.31 | 73.31 | 2,600,200 |
| Dec 28, 2020 | 75.00 | 76.37 | 72.25 | 72.42 | 72.42 | 3,544,900 |
| Dec 24, 2020 | 73.09 | 74.43 | 72.47 | 72.72 | 72.72 | 515,400 |
| Dec 23, 2020 | 73.37 | 74.67 | 72.31 | 73.23 | 73.23 | 1,570,300 |
| Dec 22, 2020 | 70.28 | 73.94 | 70.25 | 73.66 | 73.66 | 2,516,800 |
| Dec 21, 2020 | 69.78 | 71.67 | 68.80 | 71.30 | 71.30 | 1,452,100 |
| Dec 18, 2020 | 71.10 | 71.24 | 69.53 | 70.49 | 70.49 | 3,112,700 |
| Dec 17, 2020 | 70.50 | 71.50 | 70.20 | 71.11 | 71.11 | 1,544,000 |
| Dec 16, 2020 | 70.00 | 70.47 | 68.53 | 69.89 | 69.89 | 1,078,400 |
| Dec 15, 2020 | 70.45 | 71.57 | 69.23 | 69.72 | 69.72 | 748,600 |
| Dec 14, 2020 | 70.28 | 71.71 | 69.65 | 70.15 | 70.15 | 2,104,000 |
| Dec 11, 2020 | 67.74 | 70.56 | 66.57 | 70.16 | 70.16 | 1,847,900 |
| Dec 10, 2020 | 69.57 | 71.99 | 69.26 | 71.08 | 71.08 | 732,000 |
| Dec 09, 2020 | 72.19 | 73.05 | 69.08 | 70.17 | 70.17 | 1,806,000 |
| Dec 08, 2020 | 71.00 | 72.73 | 70.98 | 72.21 | 72.21 | 982,300 |

Finance Home    Watchlists    My Portfolio    Screeners    Premium 🔒    Markets    News    •••          Premium -Try it free

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Dec 07, 2020 | 70.51 | 71.82 | 70.51 | 71.17 | 71.17 | 669,700 |
| Dec 04, 2020 | 71.63 | 71.63 | 69.77 | 70.67 | 70.67 | 980,600 |
| Dec 03, 2020 | 69.77 | 72.64 | 69.60 | 70.78 | 70.78 | 1,656,300 |
| Dec 02, 2020 | 67.80 | 69.78 | 66.72 | 69.50 | 69.50 | 2,082,000 |
| Dec 01, 2020 | 69.91 | 70.02 | 67.15 | 68.74 | 68.74 | 1,866,400 |
| Nov 30, 2020 | 69.60 | 70.34 | 67.35 | 69.99 | 69.99 | 2,411,600 |
| Nov 27, 2020 | 70.66 | 71.53 | 68.16 | 68.81 | 68.81 | 1,331,600 |
| Nov 25, 2020 | 69.26 | 70.47 | 68.50 | 70.32 | 70.32 | 3,824,800 |
| Nov 24, 2020 | 69.00 | 69.50 | 64.35 | 67.22 | 67.22 | 6,627,000 |
| Nov 23, 2020 | 61.65 | 62.67 | 60.89 | 62.25 | 62.25 | 4,686,500 |
| Nov 20, 2020 | 65.55 | 65.76 | 62.08 | 62.14 | 62.14 | 4,186,300 |
| Nov 19, 2020 | 65.16 | 67.06 | 63.81 | 65.75 | 65.75 | 4,001,700 |
| Nov 18, 2020 | 65.76 | 67.86 | 64.60 | 66.25 | 66.25 | 3,242,700 |
| Nov 17, 2020 | 63.99 | 65.68 | 63.14 | 65.51 | 65.51 | 3,493,000 |
| Nov 16, 2020 | 62.46 | 63.67 | 61.28 | 63.59 | 63.59 | 1,796,700 |
| Nov 13, 2020 | 62.85 | 64.05 | 61.92 | 62.77 | 62.77 | 1,952,900 |
| Nov 12, 2020 | 62.64 | 64.17 | 61.98 | 62.10 | 62.10 | 1,607,300 |
| Nov 11, 2020 | 60.41 | 62.97 | 58.94 | 61.47 | 61.47 | 2,612,700 |
| Nov 10, 2020 | 61.87 | 62.45 | 58.92 | 59.48 | 59.48 | 1,973,100 |
| Nov 09, 2020 | 62.23 | 64.46 | 61.41 | 61.42 | 61.42 | 1,749,000 |
| Nov 06, 2020 | 61.13 | 63.01 | 60.15 | 62.52 | 62.52 | 1,148,500 |
| Nov 05, 2020 | 60.56 | 62.45 | 60.01 | 61.51 | 61.51 | 2,215,700 |
| Nov 04, 2020 | 57.28 | 60.30 | 56.97 | 59.54 | 59.54 | 1,922,900 |
| Nov 03, 2020 | 54.97 | 56.23 | 54.69 | 54.88 | 54.88 | 911,400 |
| Nov 02, 2020 | 55.93 | 57.06 | 53.83 | 54.47 | 54.47 | 1,069,000 |
| Oct 30, 2020 | 56.23 | 56.54 | 54.39 | 55.35 | 55.35 | 1,247,800 |
| Oct 29, 2020 | 56.24 | 57.50 | 55.24 | 56.71 | 56.71 | 1,791,300 |
| Oct 28, 2020 | 56.80 | 57.27 | 55.78 | 55.93 | 55.93 | 1,097,500 |
| Oct 27, 2020 | 58.08 | 59.06 | 57.23 | 57.69 | 57.69 | 1,763,500 |
| Oct 26, 2020 | 59.89 | 60.25 | 56.17 | 57.54 | 57.54 | 1,732,400 |
| Oct 23, 2020 | 58.88 | 60.71 | 58.08 | 60.49 | 60.49 | 2,675,400 |
| Oct 22, 2020 | 59.36 | 59.80 | 58.27 | 58.49 | 58.49 | 1,144,300 |
| Oct 21, 2020 | 59.94 | 60.39 | 58.45 | 59.09 | 59.09 | 899,300 |
| Oct 20, 2020 | 61.86 | 62.53 | 60.07 | 60.46 | 60.46 | 1,412,400 |
| Oct 19, 2020 | 62.62 | 65.15 | 61.47 | 61.56 | 61.56 | 2,583,400 |
| Oct 16, 2020 | 62.48 | 62.75 | 61.24 | 62.42 | 62.42 | 1,359,400 |

Finance Home    Watchlists    My Portfolio    Screeners    Premium 🔒    Markets    News    •••                                                        Premium -Try it free

| Oct 15, 2020 | 60.14 | 62.17 | 59.24 | 61.78 | 61.78 | 1,515,900 |
| Oct 14, 2020 | 63.19 | 63.27 | 61.02 | 61.49 | 61.49 | 1,120,000 |
| Oct 13, 2020 | 63.41 | 64.36 | 62.41 | 62.45 | 62.45 | 1,360,300 |
| Oct 12, 2020 | 64.00 | 64.00 | 61.79 | 62.79 | 62.79 | 1,394,700 |
| Oct 09, 2020 | 62.82 | 64.00 | 62.57 | 62.71 | 62.71 | 707,900 |
| Oct 08, 2020 | 63.04 | 63.14 | 62.09 | 62.25 | 62.25 | 1,025,600 |
| Oct 07, 2020 | 62.40 | 63.34 | 62.06 | 62.06 | 62.06 | 1,767,400 |
| Oct 06, 2020 | 62.08 | 63.29 | 61.56 | 61.82 | 61.82 | 1,459,900 |
| Oct 05, 2020 | 63.52 | 64.48 | 62.50 | 62.57 | 62.57 | 1,961,300 |
| Oct 02, 2020 | 62.67 | 65.18 | 62.25 | 63.23 | 63.23 | 1,709,200 |
| Oct 01, 2020 | 64.05 | 66.10 | 63.26 | 63.97 | 63.97 | 4,952,800 |
| Sep 30, 2020 | 61.79 | 62.82 | 60.95 | 62.58 | 62.58 | 2,330,600 |
| Sep 29, 2020 | 62.80 | 63.30 | 61.54 | 61.74 | 61.74 | 2,165,600 |
| Sep 28, 2020 | 62.60 | 64.31 | 61.92 | 62.80 | 62.80 | 2,245,200 |
| Sep 25, 2020 | 59.86 | 62.07 | 59.22 | 61.66 | 61.66 | 2,641,500 |
| Sep 24, 2020 | 58.47 | 60.09 | 58.02 | 59.11 | 59.11 | 2,023,300 |
| Sep 23, 2020 | 60.09 | 62.74 | 59.73 | 59.84 | 59.84 | 2,597,700 |
| Sep 22, 2020 | 59.66 | 60.43 | 58.31 | 60.39 | 60.39 | 1,767,500 |
| Sep 21, 2020 | 57.14 | 59.22 | 56.41 | 59.18 | 59.18 | 1,392,500 |
| Sep 18, 2020 | 58.04 | 58.38 | 56.68 | 58.07 | 58.07 | 3,101,200 |
| Sep 17, 2020 | 56.85 | 58.04 | 56.29 | 57.68 | 57.68 | 1,744,600 |
| Sep 16, 2020 | 59.00 | 59.78 | 57.90 | 58.00 | 58.00 | 1,267,000 |
| Sep 15, 2020 | 58.55 | 59.66 | 57.97 | 58.51 | 58.51 | 1,035,400 |
| Sep 14, 2020 | 57.86 | 58.74 | 57.04 | 57.66 | 57.66 | 1,827,800 |
| Sep 11, 2020 | 55.50 | 58.13 | 55.16 | 56.65 | 56.65 | 4,545,900 |
| Sep 10, 2020 | 58.93 | 59.92 | 57.12 | 57.52 | 57.52 | 1,204,600 |
| Sep 09, 2020 | 57.89 | 58.74 | 56.49 | 58.10 | 58.10 | 1,263,400 |
| Sep 08, 2020 | 55.50 | 58.35 | 55.10 | 56.78 | 56.78 | 1,890,300 |
| Sep 04, 2020 | 58.42 | 59.21 | 55.36 | 58.32 | 58.32 | 2,142,400 |
| Sep 03, 2020 | 60.37 | 60.89 | 57.91 | 58.69 | 58.69 | 2,283,100 |
| Sep 02, 2020 | 62.98 | 63.43 | 60.33 | 61.31 | 61.31 | 2,251,400 |
| Sep 01, 2020 | 61.68 | 63.49 | 61.39 | 62.49 | 62.49 | 2,981,600 |
| Aug 31, 2020 | 61.64 | 62.32 | 61.21 | 61.25 | 61.25 | 2,079,200 |
| Aug 28, 2020 | 62.00 | 63.05 | 61.40 | 61.64 | 61.64 | 2,821,900 |
| Aug 27, 2020 | 57.88 | 62.66 | 56.45 | 61.89 | 61.89 | 7,670,200 |
| Aug 26, 2020 | 58.70 | 62.38 | 57.50 | 58.15 | 58.15 | 15,716,300 |

| Aug 25, 2020 | 47.26 | 48.01 | 46.80 | 47.82 | 47.82 | 3,847,900 |
| Aug 24, 2020 | 49.43 | 49.65 | 47.11 | 47.51 | 47.51 | 2,275,800 |
| Aug 21, 2020 | 46.30 | 49.29 | 46.00 | 48.91 | 48.91 | 2,996,000 |
| Aug 20, 2020 | 47.15 | 48.29 | 47.01 | 48.09 | 48.09 | 2,631,000 |
| Aug 19, 2020 | 48.17 | 48.45 | 46.75 | 47.63 | 47.63 | 1,768,400 |
| Aug 18, 2020 | 47.01 | 48.50 | 46.95 | 48.18 | 48.18 | 1,713,300 |
| Aug 17, 2020 | 46.45 | 47.22 | 46.26 | 46.73 | 46.73 | 3,072,300 |
| Aug 14, 2020 | 46.83 | 47.00 | 45.97 | 46.46 | 46.46 | 2,668,200 |
| Aug 13, 2020 | 45.02 | 47.35 | 44.70 | 46.81 | 46.81 | 2,324,400 |
| Aug 12, 2020 | 44.64 | 45.48 | 43.41 | 44.77 | 44.77 | 2,459,600 |
| Aug 11, 2020 | 42.17 | 45.20 | 41.92 | 44.64 | 44.64 | 5,251,200 |
| Aug 10, 2020 | 43.70 | 43.79 | 41.51 | 42.39 | 42.39 | 2,918,700 |
| Aug 07, 2020 | 44.98 | 44.98 | 42.35 | 43.64 | 43.64 | 2,002,000 |
| Aug 06, 2020 | 45.37 | 45.80 | 44.62 | 45.06 | 45.06 | 961,000 |
| Aug 05, 2020 | 44.87 | 45.74 | 44.62 | 45.38 | 45.38 | 1,529,400 |
| Aug 04, 2020 | 44.91 | 45.15 | 44.06 | 44.89 | 44.89 | 1,283,900 |
| Aug 03, 2020 | 45.68 | 45.76 | 44.12 | 44.99 | 44.99 | 2,101,300 |
| Jul 31, 2020 | 45.04 | 45.88 | 44.20 | 45.41 | 45.41 | 2,304,900 |
| Jul 30, 2020 | 45.04 | 45.64 | 43.97 | 45.38 | 45.38 | 1,139,500 |
| Jul 29, 2020 | 44.74 | 46.16 | 44.74 | 46.11 | 46.11 | 2,535,100 |
| Jul 28, 2020 | 44.66 | 44.81 | 44.03 | 44.41 | 44.41 | 2,187,400 |
| Jul 27, 2020 | 44.30 | 45.05 | 43.24 | 44.78 | 44.78 | 3,211,200 |
| Jul 24, 2020 | 43.72 | 44.14 | 42.06 | 43.98 | 43.98 | 2,460,700 |
| Jul 23, 2020 | 45.93 | 46.50 | 43.99 | 44.43 | 44.43 | 1,729,000 |
| Jul 22, 2020 | 45.43 | 45.89 | 44.83 | 45.73 | 45.73 | 2,054,200 |
| Jul 21, 2020 | 45.87 | 45.90 | 44.88 | 45.34 | 45.34 | 1,622,500 |
| Jul 20, 2020 | 44.77 | 45.90 | 44.77 | 45.84 | 45.84 | 2,485,000 |
| Jul 17, 2020 | 44.80 | 45.17 | 43.60 | 44.40 | 44.40 | 3,906,900 |
| Jul 16, 2020 | 44.91 | 45.22 | 43.50 | 44.38 | 44.38 | 3,001,400 |
| Jul 15, 2020 | 46.55 | 46.73 | 45.49 | 45.61 | 45.61 | 1,524,400 |
| Jul 14, 2020 | 46.40 | 47.10 | 44.56 | 46.34 | 46.34 | 3,030,700 |
| Jul 13, 2020 | 49.50 | 49.93 | 46.71 | 46.98 | 46.98 | 2,242,400 |
| Jul 10, 2020 | 50.99 | 50.99 | 48.85 | 49.00 | 49.00 | 1,987,800 |
| Jul 09, 2020 | 51.50 | 51.58 | 49.12 | 51.18 | 51.18 | 1,782,600 |
| Jul 08, 2020 | 49.76 | 51.40 | 49.55 | 51.33 | 51.33 | 2,615,800 |
| Jul 07, 2020 | 49.72 | 50.73 | 49.10 | 49.43 | 49.43 | 1,959,100 |

Finance Home   Watchlists   My Portfolio   Screeners   Premium   Markets   News   ⋯          Premium -Try it free

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Jul 06, 2020 | 49.09 | 50.31 | 48.41 | 49.44 | 49.44 | 4,325,400 |
| Jul 02, 2020 | 47.91 | 48.55 | 47.45 | 48.01 | 48.01 | 2,206,100 |
| Jul 01, 2020 | 45.33 | 47.14 | 45.16 | 47.01 | 47.01 | 1,764,600 |
| Jun 30, 2020 | 44.80 | 45.75 | 44.27 | 45.31 | 45.31 | 1,348,600 |
| Jun 29, 2020 | 43.90 | 44.97 | 42.42 | 44.79 | 44.79 | 2,137,900 |
| Jun 26, 2020 | 44.10 | 44.72 | 42.72 | 43.95 | 43.95 | 5,323,800 |
| Jun 25, 2020 | 43.98 | 44.42 | 42.86 | 43.91 | 43.91 | 5,728,300 |
| Jun 24, 2020 | 46.93 | 47.72 | 43.61 | 43.80 | 43.80 | 3,076,000 |
| Jun 23, 2020 | 48.00 | 48.67 | 46.79 | 47.04 | 47.04 | 2,133,300 |
| Jun 22, 2020 | 47.44 | 47.96 | 46.87 | 47.72 | 47.72 | 3,120,100 |
| Jun 19, 2020 | 48.25 | 48.65 | 47.11 | 47.52 | 47.52 | 2,545,100 |
| Jun 18, 2020 | 47.36 | 48.10 | 46.93 | 47.64 | 47.64 | 2,804,700 |
| Jun 17, 2020 | 46.99 | 48.25 | 46.81 | 47.13 | 47.13 | 1,946,700 |
| Jun 16, 2020 | 47.44 | 47.90 | 45.88 | 46.39 | 46.39 | 2,377,100 |
| Jun 15, 2020 | 43.84 | 46.75 | 43.81 | 46.07 | 46.07 | 2,342,600 |
| Jun 12, 2020 | 44.54 | 45.78 | 43.26 | 44.81 | 44.81 | 1,370,800 |
| Jun 11, 2020 | 43.58 | 45.21 | 42.62 | 43.03 | 43.03 | 3,237,900 |
| Jun 10, 2020 | 46.69 | 48.31 | 45.84 | 47.60 | 47.60 | 1,945,200 |
| Jun 09, 2020 | 46.18 | 46.73 | 45.25 | 46.29 | 46.29 | 1,552,100 |
| Jun 08, 2020 | 44.25 | 46.23 | 43.89 | 46.18 | 46.18 | 2,805,200 |
| Jun 05, 2020 | 43.84 | 45.13 | 43.00 | 43.95 | 43.95 | 3,160,700 |
| Jun 04, 2020 | 45.00 | 45.35 | 43.07 | 43.66 | 43.66 | 3,767,600 |
| Jun 03, 2020 | 45.66 | 46.13 | 45.01 | 45.41 | 45.41 | 1,625,400 |
| Jun 02, 2020 | 46.26 | 46.41 | 44.63 | 45.62 | 45.62 | 3,657,800 |
| Jun 01, 2020 | 45.57 | 46.42 | 45.00 | 45.92 | 45.92 | 2,520,400 |
| May 29, 2020 | 45.09 | 46.36 | 45.09 | 45.92 | 45.92 | 3,212,600 |
| May 28, 2020 | 45.23 | 47.15 | 44.21 | 45.07 | 45.07 | 4,822,300 |
| May 27, 2020 | 46.30 | 46.57 | 42.50 | 45.06 | 45.06 | 6,584,100 |
| May 26, 2020 | 48.69 | 49.93 | 45.83 | 47.15 | 47.15 | 9,549,900 |
| May 22, 2020 | 49.28 | 51.10 | 48.95 | 51.06 | 51.06 | 5,246,100 |
| May 21, 2020 | 47.29 | 49.70 | 47.19 | 48.95 | 48.95 | 4,624,500 |
| May 20, 2020 | 46.77 | 48.30 | 46.75 | 47.97 | 47.97 | 3,031,300 |
| May 19, 2020 | 44.68 | 48.06 | 44.68 | 46.26 | 46.26 | 3,682,200 |
| May 18, 2020 | 45.00 | 45.20 | 44.02 | 44.68 | 44.68 | 5,323,500 |
| May 15, 2020 | 40.87 | 43.27 | 40.53 | 43.11 | 43.11 | 2,786,800 |
| May 14, 2020 | 40.00 | 41.26 | 39.16 | 41.18 | 41.18 | 1,545,600 |

Finance Home    Watchlists    My Portfolio    Screeners    Premium 🔒    Markets    News    •••                    Premium -Try it free

| May 13, 2020 | 42.81 | 43.11 | 39.56 | 40.41 | 40.41 | 2,826,300 |
| May 12, 2020 | 43.70 | 44.00 | 42.43 | 42.74 | 42.74 | 1,585,000 |
| May 11, 2020 | 42.26 | 44.00 | 41.70 | 43.52 | 43.52 | 3,391,900 |
| May 08, 2020 | 42.20 | 42.59 | 41.12 | 42.32 | 42.32 | 1,960,400 |
| May 07, 2020 | 41.61 | 42.80 | 41.36 | 41.60 | 41.60 | 3,966,600 |
| May 06, 2020 | 40.00 | 41.05 | 39.77 | 40.37 | 40.37 | 1,315,000 |
| May 05, 2020 | 40.27 | 41.15 | 39.42 | 39.60 | 39.60 | 1,589,500 |
| May 04, 2020 | 37.07 | 39.54 | 36.49 | 39.47 | 39.47 | 3,979,900 |
| May 01, 2020 | 39.63 | 39.98 | 38.43 | 39.06 | 39.06 | 2,008,700 |
| Apr 30, 2020 | 42.00 | 42.69 | 40.38 | 40.86 | 40.86 | 4,109,500 |
| Apr 29, 2020 | 40.00 | 42.10 | 39.50 | 41.57 | 41.57 | 2,718,300 |
| Apr 28, 2020 | 40.99 | 41.50 | 38.61 | 38.93 | 38.93 | 1,442,900 |
| Apr 27, 2020 | 39.70 | 40.97 | 39.70 | 40.14 | 40.14 | 3,226,500 |
| Apr 24, 2020 | 39.04 | 39.80 | 38.31 | 39.18 | 39.18 | 3,318,100 |
| Apr 23, 2020 | 38.42 | 39.07 | 37.15 | 38.86 | 38.86 | 2,182,300 |
| Apr 22, 2020 | 37.35 | 38.82 | 36.91 | 38.52 | 38.52 | 2,678,100 |
| Apr 21, 2020 | 36.69 | 37.46 | 35.11 | 36.49 | 36.49 | 3,078,500 |
| Apr 20, 2020 | 35.97 | 38.15 | 35.53 | 37.51 | 37.51 | 3,722,000 |
| Apr 17, 2020 | 36.38 | 37.62 | 35.53 | 36.75 | 36.75 | 2,725,400 |
| Apr 16, 2020 | 37.02 | 37.40 | 34.51 | 35.38 | 35.38 | 3,942,700 |
| Apr 15, 2020 | 37.12 | 38.42 | 36.66 | 37.67 | 37.67 | 2,039,500 |
| Apr 14, 2020 | 36.57 | 38.16 | 36.57 | 38.07 | 38.07 | 3,847,400 |
| Apr 13, 2020 | 35.88 | 36.21 | 34.50 | 35.86 | 35.86 | 1,481,600 |
| Apr 09, 2020 | 36.05 | 37.00 | 35.32 | 35.77 | 35.77 | 3,354,200 |
| Apr 08, 2020 | 33.46 | 37.01 | 33.03 | 35.69 | 35.69 | 3,207,600 |
| Apr 07, 2020 | 34.75 | 34.84 | 31.21 | 32.92 | 32.92 | 2,832,900 |
| Apr 06, 2020 | 30.41 | 33.35 | 30.02 | 32.93 | 32.93 | 5,025,900 |
| Apr 03, 2020 | 28.22 | 29.15 | 27.27 | 28.96 | 28.96 | 4,603,200 |
| Apr 02, 2020 | 27.99 | 28.43 | 26.04 | 28.20 | 28.20 | 5,957,900 |
| Apr 01, 2020 | 29.21 | 29.39 | 27.83 | 28.39 | 28.39 | 4,723,500 |
| Mar 31, 2020 | 32.70 | 32.90 | 29.37 | 30.26 | 30.26 | 6,081,800 |
| Mar 30, 2020 | 32.25 | 33.86 | 32.12 | 32.96 | 32.96 | 1,863,100 |
| Mar 27, 2020 | 34.49 | 34.89 | 32.67 | 32.78 | 32.78 | 1,544,400 |
| Mar 26, 2020 | 34.34 | 36.46 | 34.34 | 35.72 | 35.72 | 1,541,500 |
| Mar 25, 2020 | 32.03 | 35.74 | 30.91 | 34.00 | 34.00 | 5,294,900 |
| Mar 24, 2020 | 30.32 | 33.12 | 29.93 | 31.61 | 31.61 | 4,759,900 |





## People Also Watch

| Symbol | Last Price | Change | % Change |
|---|---|---|---|
| **SMAR**<br>Smartsheet Inc. | 62.99 | -3.08 | -4.66% |
| **ESTC**<br>Elastic N.V. | 123.55 | +0.60 | +0.49% |
| **AVLR**<br>Avalara, Inc. | 146.14 | +3.48 | +2.44% |
| **COUP**<br>Coupa Software Incorporated | 285.80 | -14.00 | -4.67% |
| **ZS**<br>Zscaler, Inc. | 175.37 | -5.53 | -3.06% |

## Earnings ›



○ Consensus EPS

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Mar 23, 2020 | 27.86 | 29.60 | 27.00 | 28.38 | 28.38 | 2,365,500 |
| Mar 20, 2020 | 30.50 | 32.49 | 28.00 | 28.29 | 28.29 | 3,728,100 |
| Mar 19, 2020 | 28.09 | 30.49 | 26.10 | 29.89 | 29.89 | 2,803,500 |
| Mar 18, 2020 | 30.00 | 31.70 | 26.11 | 28.17 | 28.17 | 5,093,500 |
| Mar 17, 2020 | 30.64 | 32.59 | 27.38 | 32.54 | 32.54 | 3,893,000 |
| Mar 16, 2020 | 34.00 | 34.90 | 29.10 | 30.01 | 30.01 | 6,053,700 |
| Mar 13, 2020 | 37.36 | 38.57 | 35.57 | 38.56 | 38.56 | 3,379,400 |
| Mar 12, 2020 | 34.62 | 37.70 | 33.86 | 35.44 | 35.44 | 3,266,600 |
| Mar 11, 2020 | 36.91 | 39.98 | 36.37 | 38.48 | 38.48 | 3,851,500 |
| Mar 10, 2020 | 38.96 | 40.72 | 37.56 | 40.68 | 40.68 | 3,901,100 |
| Mar 09, 2020 | 37.00 | 38.49 | 37.00 | 37.61 | 37.61 | 4,490,600 |
| Mar 06, 2020 | 40.94 | 41.45 | 39.42 | 40.87 | 40.87 | 4,951,200 |
| Mar 05, 2020 | 42.88 | 44.31 | 41.79 | 42.24 | 42.24 | 4,538,600 |
| Mar 04, 2020 | 44.30 | 44.77 | 43.37 | 44.01 | 44.01 | 2,894,300 |
| Mar 03, 2020 | 45.87 | 46.20 | 42.60 | 43.46 | 43.46 | 4,275,000 |
| Mar 02, 2020 | 45.50 | 45.79 | 42.70 | 45.56 | 45.56 | 5,553,500 |
| Feb 28, 2020 | 41.36 | 45.35 | 41.10 | 44.94 | 44.94 | 6,935,100 |
| Feb 27, 2020 | 42.19 | 47.61 | 41.34 | 44.03 | 44.03 | 18,902,700 |
| Feb 26, 2020 | 57.30 | 59.99 | 57.17 | 58.09 | 58.09 | 3,278,800 |
| Feb 25, 2020 | 58.65 | 59.56 | 56.08 | 57.01 | 57.01 | 2,348,200 |
| Feb 24, 2020 | 56.71 | 58.73 | 55.50 | 57.97 | 57.97 | 2,472,100 |
| Feb 21, 2020 | 60.67 | 61.20 | 58.73 | 59.87 | 59.87 | 2,018,700 |
| Feb 20, 2020 | 62.90 | 63.50 | 59.86 | 61.59 | 61.59 | 1,713,800 |
| Feb 19, 2020 | 63.49 | 63.69 | 62.64 | 62.90 | 62.90 | 2,437,500 |
| Feb 18, 2020 | 62.82 | 63.51 | 62.31 | 62.90 | 62.90 | 1,198,800 |
| Feb 14, 2020 | 62.48 | 63.71 | 62.16 | 62.85 | 62.85 | 1,795,500 |
| Feb 13, 2020 | 61.89 | 63.33 | 61.83 | 62.32 | 62.32 | 1,424,700 |
| Feb 12, 2020 | 61.33 | 62.85 | 60.71 | 62.57 | 62.57 | 2,138,000 |
| Feb 11, 2020 | 61.15 | 61.21 | 60.01 | 60.78 | 60.78 | 1,457,300 |
| Feb 10, 2020 | 59.85 | 61.10 | 59.85 | 61.02 | 61.02 | 1,737,900 |
| Feb 07, 2020 | 59.90 | 61.24 | 59.21 | 59.87 | 59.87 | 1,565,600 |
| Feb 06, 2020 | 59.55 | 60.10 | 56.86 | 59.72 | 59.72 | 2,436,900 |
| Feb 05, 2020 | 62.00 | 62.19 | 58.23 | 59.43 | 59.43 | 4,670,400 |
| Feb 04, 2020 | 60.89 | 63.64 | 60.05 | 63.40 | 63.40 | 4,455,000 |
| Feb 03, 2020 | 57.88 | 60.00 | 57.88 | 59.91 | 59.91 | 2,488,800 |
| Jan 31, 2020 | 58.12 | 58.49 | 56.65 | 57.59 | 57.59 | 1,268,000 |



|  | Q2 2020 | Q3 2020 | Q4 2020 | Q1 2021 | Q2 2021 |
|---|---|---|---|---|---|
|  | Beat | Beat | Beat | Beat | — |
|  | By $0.04 | By $0.08 | By $0.05 | By $0.03 | May 24 |

**Financials ›**

Annual  Quarterly        Revenue    Earnings





REFINITIV TRADE DISCOVERY

Your FRTB solution for increasingly complex regulatory challenges

LEARN MORE

REFINITIV ®

**Recommendation Trends ›**



Strong Buy
Buy
Hold
Underperform
Sell

**Recommendation Rating ›**

2

| 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|
| Strong Buy | Buy | Hold | Under-perform | Sell |

**Analyst Price Targets (18) ›**

Average 84.44



Low 55.00        High 100.00
Current 57.44

**Upgrades & Downgrades ›**

Maintains    Jefferies: to Buy        2/24/2021

Premium - Try it free

| | | | | | | |
|---|---|---|---|---|---|---|
| Jan 30, 2020 | 57.35 | 58.50 | 57.01 | 58.37 | 58.37 | 1,633,200 |
| Jan 29, 2020 | 59.00 | 59.23 | 57.38 | 57.62 | 57.62 | 1,101,900 |
| Jan 28, 2020 | 57.80 | 58.74 | 56.65 | 58.48 | 58.48 | 1,383,900 |
| Jan 27, 2020 | 56.06 | 57.59 | 55.11 | 56.75 | 56.75 | 1,515,800 |
| Jan 24, 2020 | 57.75 | 59.44 | 56.82 | 57.99 | 57.99 | 2,805,000 |
| Jan 23, 2020 | 55.81 | 56.98 | 54.96 | 56.89 | 56.89 | 1,318,900 |
| Jan 22, 2020 | 56.99 | 57.72 | 55.58 | 55.59 | 55.59 | 961,000 |
| Jan 21, 2020 | 56.04 | 57.34 | 55.81 | 56.33 | 56.33 | 1,150,500 |
| Jan 17, 2020 | 56.98 | 57.23 | 56.17 | 56.52 | 56.52 | 754,900 |
| Jan 16, 2020 | 57.41 | 58.13 | 56.80 | 57.01 | 57.01 | 1,171,500 |
| Jan 15, 2020 | 57.12 | 58.46 | 56.80 | 57.15 | 57.15 | 1,582,900 |
| Jan 14, 2020 | 57.54 | 57.92 | 56.39 | 57.04 | 57.04 | 1,509,900 |
| Jan 13, 2020 | 57.08 | 57.84 | 56.46 | 57.59 | 57.59 | 1,717,900 |
| Jan 10, 2020 | 58.00 | 58.25 | 56.33 | 56.76 | 56.76 | 1,741,200 |
| Jan 09, 2020 | 56.82 | 57.95 | 56.33 | 57.59 | 57.59 | 2,478,300 |
| Jan 08, 2020 | 54.89 | 56.82 | 54.89 | 55.95 | 55.95 | 2,433,500 |
| Jan 07, 2020 | 55.31 | 55.92 | 54.03 | 54.66 | 54.66 | 1,760,300 |
| Jan 06, 2020 | 53.73 | 55.65 | 53.53 | 55.10 | 55.10 | 3,023,800 |
| Jan 03, 2020 | 53.15 | 54.53 | 52.99 | 54.35 | 54.35 | 2,277,000 |
| Jan 02, 2020 | 52.22 | 54.05 | 52.22 | 53.78 | 53.78 | 3,695,800 |
| Dec 31, 2019 | 51.03 | 52.52 | 50.85 | 52.40 | 52.40 | 2,172,400 |
| Dec 30, 2019 | 52.40 | 52.54 | 50.25 | 51.25 | 51.25 | 2,198,700 |
| Dec 27, 2019 | 52.99 | 52.99 | 51.88 | 52.63 | 52.63 | 690,800 |
| Dec 26, 2019 | 52.71 | 53.32 | 52.52 | 52.63 | 52.63 | 552,000 |
| Dec 24, 2019 | 53.02 | 53.05 | 52.46 | 52.86 | 52.86 | 436,900 |
| Dec 23, 2019 | 52.57 | 53.00 | 51.60 | 52.82 | 52.82 | 1,762,500 |
| Dec 20, 2019 | 53.44 | 53.70 | 52.65 | 53.00 | 53.00 | 1,686,300 |
| Dec 19, 2019 | 52.96 | 53.48 | 52.51 | 53.07 | 53.07 | 1,657,000 |
| Dec 18, 2019 | 52.91 | 53.39 | 52.75 | 52.94 | 52.94 | 1,539,500 |
| Dec 17, 2019 | 52.53 | 52.95 | 52.36 | 52.86 | 52.86 | 2,013,600 |
| Dec 16, 2019 | 51.94 | 52.75 | 51.35 | 52.74 | 52.74 | 2,230,400 |
| Dec 13, 2019 | 50.29 | 51.81 | 49.89 | 51.79 | 51.79 | 1,509,200 |
| Dec 12, 2019 | 51.06 | 51.36 | 50.15 | 50.44 | 50.44 | 1,408,700 |
| Dec 11, 2019 | 51.13 | 51.85 | 50.10 | 51.56 | 51.56 | 2,550,200 |
| Dec 10, 2019 | 51.81 | 52.50 | 51.24 | 51.53 | 51.53 | 910,900 |
| Dec 09, 2019 | 52.71 | 53.02 | 51.43 | 51.99 | 51.99 | 2,125,400 |

| | | |
|---|---|---|
| Upgrade | Morgan Stanley: Equal-Weight to Overweight | 2/16/2021 |
| Maintains | KeyBanc: to Overweight | 2/2/2021 |
| Initiated | William Blair: to Outperform | 1/15/2021 |
| Upgrade | Jefferies: Hold to Buy | 1/11/2021 |

**Company Profile**

50 Hawthorne Street
San Francisco, CA
94105
United States
415 742 8199
http://www.anaplan.com
Sector(s): **Technology**
Industry: **Software—Infrastructure**
Full Time Employees:

Anaplan, Inc. provides a cloud-based connected planning platform to connect organizations and people. Its platform unites traditionally distinct or disconnected database structures, including relational, columnar, and online analytical processing with in-memory data storage and calculation that is used in connecting various areas of an organization, such as finance, sales, supply chain, marketing, human resources, and operations. The company delivers its application over the Internet as a subscription service using a software-as-a-service model, as well as offers professional services related to implementing and supporting its application. It has operations in the United States, Australia, Austria, Belgium, France, Germany, India, Israel, Japan, Malaysia, the Netherlands, the Philippines, Singapore, Sweden, Switzerland, and the United Kingdom. The company was founded in 2008 and is headquartered in San Francisco, California.

Advertise with us

Finance Home    Watchlists    My Portfolio    Screeners    Premium 🗓️    Markets    News    ⋯                    Premium -Try it free

| Date | | | | | | |
|---|---|---|---|---|---|---|
| Dec 06, 2019 | 53.00 | 53.17 | 52.01 | 52.81 | 52.81 | 1,638,300 |
| Dec 05, 2019 | 52.38 | 53.18 | 51.81 | 52.71 | 52.71 | 2,084,800 |
| Dec 04, 2019 | 52.38 | 52.66 | 51.04 | 52.63 | 52.63 | 2,451,700 |
| Dec 03, 2019 | 49.85 | 52.03 | 49.60 | 51.87 | 51.87 | 2,616,900 |
| Dec 02, 2019 | 53.45 | 53.45 | 49.75 | 51.26 | 51.26 | 4,924,600 |
| Nov 29, 2019 | 53.75 | 54.23 | 53.40 | 53.92 | 53.92 | 493,000 |
| Nov 27, 2019 | 53.92 | 54.01 | 52.22 | 53.90 | 53.90 | 1,510,900 |
| Nov 26, 2019 | 53.30 | 54.95 | 53.25 | 53.61 | 53.61 | 3,341,200 |
| Nov 25, 2019 | 53.38 | 54.40 | 53.32 | 53.59 | 53.59 | 4,336,000 |
| Nov 22, 2019 | 52.00 | 53.56 | 51.40 | 53.24 | 53.24 | 7,975,900 |
| Nov 21, 2019 | 55.01 | 55.68 | 52.29 | 53.09 | 53.09 | 9,010,800 |
| Nov 20, 2019 | 48.64 | 50.80 | 48.64 | 49.15 | 49.15 | 3,987,400 |

*Close price adjusted for splits.    **Adjusted close price adjusted for both dividends and splits.

Finance Home    Watchlists    My Portfolio    Screeners    Premium 🗓️    Markets    News    ⋯                    Premium -Try it free