# EXHIBIT 16

# Evercore ISI

## Technology | Software

**November 21, 2019**

### Anaplan, Inc
PLAN | $49.15
**Outperform | TARGET PRICE: $65.00 (from $57.00)**
**Company Update**

**Kirk Materne, CFA**
212 497 0873
kirk.materne@evercoreisi.com
**Diana Chang**
212 446 9421
Diana.Chang@evercoreISI.com

**Peter Levine**
212 497 0833
peter.levine@evercoreisi.com
**Peter Burkly**
212-497-0831
Peter.Burkly@evercoreisi.com

### Company Statistics

| | |
|---|---|
| Market Capitalization (M) | $7,240 |
| Shares Outstanding (M) | 132 |
| Float (M) | 95.0 |
| Average 10-Day Volume (M) | 2,195 |
| Enterprise Value (M) | $6,929 |
| 52-Week Range | $20.77 - $60.36 |
| Fiscal Year End | Jan |

### Earnings Summary

| | | 2019 | 2020E | 2021E |
|---|---|---|---|---|
| Revenue (M) | Q1 | $52 | $76A | $102 |
| | Q2 | $58 | $85A | $112 |
| | Q3 | $62 | $89A | $118 |
| | Q4 | $69 | $97 | $126 |
| | FY | $241 | $347 | $457 |
| EPS | Q1 | $(0.25) | $(0.16)A | $(0.13) |
| | Q2 | $(0.18) | $(0.12)A | $(0.12) |
| | Q3 | $(0.18) | $(0.08)A | $(0.06) |
| | Q4 | $(0.13) | $(0.10) | $(0.10) |
| | FY | $(0.75) | $(0.47) | $(0.41) |

### 1 Year Price History



*Source: FactSet*

## Larger 'Lands' & 'Expands' Drive Revenue & Billings Outperformance; Initial FY21 Guide Leaves Plenty of Room For Upside; PT to $65

PLAN delivered strong F3Q results highlighted by revenue growth of 44.2% y/y, above consensus expectations of 39.4%, and billings growth of 58.9% y/y, well above consensus at 37.3%. RPO was up an impressive 55% y/y. Additionally, initial FY21 guidance of ~32% revenue growth at the midpoint came in slightly above consensus at 31.4%, however, we continue to believe FY21 guidance is conservative as it implies dollar-based net expansion rates drop to ~115% from 122%, 123% and 122% in FY20, FY19, and FY18 respectively, and increases our confidence that Anaplan is set up for a strong FY21. With a record number of 7-figure deals signed in the quarter, management called out a larger number of expansion deals, which help drive some of the outperformance in billings/RPO. As we noted in our (upgrade) note, we believe PLAN is a 'category killer' in the connected planning market ($18bn TAM) and in our view, the company is set to deliver +30% revenue growth for the foreseeable future and could ultimately scale to a +$1bn revenue business. That said, when looking at the pace of billings/RPO growth for FY20 (+48%/+50%) we believe there is a level of conservatism built into the initial FY21 guide and believe we will see an upward bias to the initial (+32%) guidance range. Reiterating Outperform rating and raising PT to $65 based on PLAN trading to 14.0x EV/CY21 sales.

**Recapping the quarter:** PLAN delivered total revenue of $89.4mn (+44.2% y/y), above our estimate of $86.4mn and consensus of $86.5mn. Subscription revenue of $79.7mn was up 46.6% y/y, and ahead of our estimate of $76.0mn. Billings of $114.4mn was up 58.9% y/y or > 60% in c/c, was ahead of our/consensus at $100.3mn / $98.8mn respectively. Operating margins of (9.9%) was ahead of our/Street at (18.1%) / (19.3%) respectively, which resulted in EPS of ($0.08), ahead of us/Street at ($0.13). OCF of ($16.0mn) fell below our/Street estimates at ($11.8mn) / ($13.0mn) respectively.

Please see the analyst certification and important disclosures on page 5 of this report. Evercore ISI and affiliates do and seek to do business with companies covered in its research reports. Investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.
© 2019. Evercore Group L.L.C. All rights reserved.

## Larger 'Lands' & 'Expands' Drive Revenue & Billings Outperformance; Initial FY21 Guide Leaves Plenty of Room For Upside; PT to $65

**What we liked in the quarter:** 1) Billings growth of 58.9% y/y or (> ~60% in c/c based on management's commentary) and revised FY20 revenue guidance of 44.0% y/y vs. prior guidance of 41.7% were all above expectations; 2) dollar-based net expansion rate came in at 123%, well above our estimate of 120%, and management indicated the ~120% level could persist over the next couple of years. We would note the company saw a larger number of expansion deals during the quarter; 3) customers with over $250K in ACV jumped from 228 in F3Q19 to 324, representing 42% growth y/y; 4) we believe the initial FY21 revenue guidance of ~32% y/y growth leaves plenty of room for upside throughout the year, as guidance would imply a step down in sales productivity and net expansion rates, which we view as conservative, especially with management reiterating a dollar-based net expansion rate of 120% throughout FY21 and our FY20 billings growth forecast of 48.5% y/y; and 5) Compared to other software vendors at similar size/scale, PLAN's global partner ecosystem of ~1k partners speaks to the strategic nature of the platform and shows partners are invested in the company's success.

**Figure 1: PLAN Variance Table**

| vs. estimates | 3Q20 (A) | | | 4Q20 (E) | | | FY20 (E) | | | FY21 (E) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Previous | Updated | Variance | Previous | Updated | Variance | Previous | Updated | Variance | Previous | Updated | Variance |
| **Subscription Revenue** | **$76.0** | **$79.7** | **$3.7** | **$83.9** | **$86.0** | **$2.1** | **$298.6** | **$304.4** | **$5.8** | **$399.4** | **$411.2** | **$11.8** |
| *Subscription revenue y/y* | *39.8%* | *46.6%* | +679 bps | *40.5%* | *44.0%* | +353 bps | *43.1%* | *45.9%* | +278 bps | *33.8%* | *35.1%* | +134 bps |
| **Services Revenue** | **$10.4** | **$9.7** | **($0.7)** | **$11.3** | **$11.0** | **($0.3)** | **$43.4** | **$42.4** | **($1.0)** | **$47.9** | **$46.3** | **($1.7)** |
| *Service revenue y/y* | *36.0%* | *27.0%* | -897 bps | *18.0%* | *15.0%* | -300 bps | *35.3%* | *32.3%* | -304 bps | *10.6%* | *9.2%* | -136 bps |
| **Total revenue** | **$86.4** | **$89.4** | **$3.0** | **$95.2** | **$97.0** | **$1.8** | **$341.9** | **$346.8** | **$4.8** | **$447.3** | **$457.5** | **$10.2** |
| *Total revenue y/y* | *39.3%* | *44.2%* | | *37.4%* | *40.0%* | | *42.1%* | *44.1%* | | *30.8%* | *31.9%* | |
| Gross profit | $63.9 | $68.2 | $4.2 | $70.5 | $72.3 | $1.7 | $252.9 | $258.9 | $6.0 | $337.1 | $346.7 | $9.5 |
| *Gross margin* | *74.0%* | *76.2%* | +226 bps | *74.1%* | *74.5%* | +41 bps | *74.0%* | *74.7%* | +70 bps | *75.4%* | *75.8%* | +40 bps |
| Operating income | ($15.6) | ($8.8) | $6.8 | ($13.7) | ($14.0) | ($0.3) | ($66.1) | ($61.0) | $5.1 | ($64.7) | ($57.1) | $7.6 |
| *Operating margin* | *(18.1%)* | *(9.9%)* | +823 bps | *(14.4%)* | *(14.5%)* | -6 bps | *(19.3%)* | *(17.6%)* | +174 bps | *(14.5%)* | *(12.5%)* | +198 bps |
| **EPS** | **($0.13)** | **($0.08)** | **$0.04** | **($0.11)** | **($0.10)** | **$0.01** | **($0.53)** | **($0.47)** | **$0.05** | **($0.52)** | **($0.41)** | **$0.11** |
| *Consensus EPS* | | | | | | | | | | | | |
| **Billings** | **$100.3** | **$114.4** | $14.1 | **$136.3** | **$140.1** | $3.8 | **$413.1** | **$431.0** | $17.9 | **$540.3** | **$566.0** | $25.7 |
| *Billings growth y/y* | *39.4%* | *58.9%* | +1953 bps | *34.5%* | *38.2%* | +375 bps | *42.4%* | *48.5%* | +615 bps | *30.8%* | *31.3%* | +54 bps |
| **Operating cash flow** | **($11.8)** | **($16.0)** | **($4.3)** | **($13.1)** | **($10.3)** | **$2.8** | **($21.7)** | **($23.1)** | **($1.4)** | **($12.7)** | **($3.1)** | **$9.6** |

*Source: Company Data, Evercore ISI Research*

**Changes to the model:** For F4Q20, we are adjusting our total revenue forecast from $95.2mn previously to $97.0mn or 40% growth y/y, with subscription revenue of $86.0m, up from $83.9m previously and services revenue of $11.0mn down from $11.3mn previously due to a larger focus of shifting more services to partners. For 4Q we are now modeling operating margins of (14.5%). FY20 we are modeling total revenues of $457.5mn or 32% growth y/y, up from $447.3m previously. Our initial billings growth jumps from 30.8% to 31.3% y/y. We are now modeling operating margins of (12.5%) up from (14.5%) prior which moves EPS from ($0.52) to ($0.41).

**Figure 2: PLAN Income Statement**

| | FY16(A) 2016(A) | FY17(A) 2017(A) | FY18(A) 2018(A) | 1Q19(A) Apr 18 | 2Q19(A) Jul 18 | 3Q19(A) Oct 18 | 4Q19(A) Jan 19 | FY19(A) 2019(A) | 1Q20(A) Apr 19 | 2Q20(A) Jul 19 | 3Q20(A) Oct 19 | 4Q20(E) Jan 20 | FY20(E) 2020(E) | 1Q21(E) Apr 20 | 2Q21(E) Jul 20 | 3Q21(E) Oct 20 | 4Q21(E) Jan 21 | FY21(E) 2021(E) | FY22(E) 2022(E) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Subscription Revenue | 50.8 | 91.4 | 143.5 | 44.9 | 49.6 | 54.4 | 59.7 | 208.6 | 65.1 | 73.6 | 79.7 | 86.0 | 304.4 | 90.2 | 100.3 | 107.1 | 113.6 | 411.2 | 540.2 |
| % y/y change | | 80.1% | 57.0% | 52.1% | 44.8% | 42.3% | 43.8% | 45.3% | 44.9% | 48.3% | 46.6% | 44.0% | 45.9% | 38.5% | 36.3% | 34.3% | 32.1% | 35.1% | 31.4% |
| % q/q change | | | | 8.2% | 10.5% | 9.6% | 9.8% | | 9.0% | 13.1% | 8.3% | 7.9% | | 4.8% | 11.3% | 6.7% | 6.1% | | |
| Service & Other Revenue | 20.8 | 29.1 | 24.8 | 6.6 | 8.2 | 7.6 | 9.6 | 32.0 | 10.7 | 10.9 | 9.7 | 11.0 | 42.4 | 11.8 | 11.9 | 10.5 | 12.1 | 46.3 | 50.2 |
| % y/y change | | 40.1% | -14.7% | -8.2% | 20.8% | 28.0% | 98.3% | 29.2% | 62.1% | 33.3% | 27.0% | 15.0% | 32.3% | 9.9% | 8.8% | 8.0% | 10.0% | 9.2% | 8.4% |
| % q/q change | | | | 37.6% | 23.9% | -6.8% | 24.9% | | 12.5% | 1.8% | -11.2% | 13.0% | | 7.6% | 0.8% | -11.9% | 15.1% | | |
| Total revenue | $71.5 | $120.5 | $168.3 | $51.5 | $57.8 | $62.0 | $69.3 | $240.6 | $75.8 | $84.5 | $89.4 | $97.0 | $346.8 | $102.0 | $112.2 | $117.6 | $125.7 | $457.5 | $590.4 |
| % y/y change | | 68.5% | 39.7% | 40.3% | 40.8% | 40.3% | 49.4% | 42.9% | 47.1% | 46.2% | 44.2% | 40.0% | 44.1% | 34.5% | 32.8% | 31.5% | 29.6% | 31.9% | 29.1% |
| % q/q change | | | | 11.2% | 12.2% | 7.2% | 11.7% | | 9.5% | 11.5% | 5.8% | 8.5% | | 5.2% | 10.1% | 4.7% | 7.0% | | |
| Consensus revenue | | | | | | | | | 75.8 | 84.5 | 86.5 | 95.4 | 342.3 | 100.8 | 110.6 | 113.5 | 123.2 | 448.1 | 577.6 |
| Subscription cost | 7.3 | 9.0 | 19.8 | 7.7 | 8.7 | 9.1 | 10.1 | 35.7 | 10.6 | 11.6 | 12.4 | 14.3 | 48.9 | 14.9 | 16.9 | 18.0 | 18.8 | 68.5 | 92.6 |
| % y/y change | | 22.8% | 119.2% | 173.6% | 121.9% | 62.2% | 36.6% | 80.3% | 37.2% | 32.8% | 36.3% | 41.0% | 37.0% | 40.4% | 45.7% | 44.8% | 31.4% | 40.1% | 35.2% |
| % q/q change | | | | 4.2% | -55.9% | 18.0% | 16.2% | | 4.7% | -67.6% | 17.2% | 23.4% | | 4.2% | -65.5% | 20.9% | 11.2% | | |
| % Subscription gross margins | | 90.1% | 86.2% | 82.8% | 82.4% | 83.2% | 83.0% | 82.9% | 83.7% | 84.3% | 84.4% | 83.4% | 83.9% | 83.5% | 83.2% | 83.2% | 83.5% | 83.3% | 82.9% |
| Service cost | 22.7 | 30.0 | 31.6 | 6.2 | 7.1 | 7.6 | 9.1 | 30.0 | 10.0 | 9.8 | 8.8 | 10.4 | 39.0 | 10.8 | 10.9 | 9.6 | 11.1 | 42.4 | 45.9 |
| % y/y change | | 32.0% | 5.2% | -20.3% | -24.0% | -18.9% | 82.1% | -4.8% | 61.0% | 37.5% | 15.6% | 14.6% | 29.9% | 8.2% | 11.7% | 8.6% | 5.9% | 8.5% | 8.4% |
| % q/q change | | | | 24.1% | -77.5% | 23.2% | 28.4% | | 9.8% | -67.5% | -11.6% | 7.0% | | 3.6% | -72.1% | -11.2% | 1.5% | | |
| % Service gross margins | | 3.1% | 27.2% | 6.4% | 13.6% | 0.1% | 4.7% | 6.2% | 7.0% | 10.9% | 9.0% | 5.0% | 7.9% | 8.5% | 8.5% | 8.5% | 8.5% | 8.5% | 8.5% |
| Cost of revenue | $73.5 | 39.0 | 51.3 | $13.9 | $15.8 | $16.8 | $19.2 | 65.7 | $20.6 | $21.3 | $21.3 | $24.7 | 87.9 | $25.7 | $27.7 | $27.6 | $29.8 | 110.8 | 138.5 |
| % y/y change | | 46.9% | 31.5% | 31.3% | 19.2% | 11.4% | 54.9% | 28.0% | 47.8% | 34.9% | 26.9% | 28.5% | 33.7% | 24.7% | 30.1% | 29.8% | 20.6% | 26.1% | 24.9% |
| % q/q change | | | | 12.2% | 13.5% | 6.0% | 14.8% | | 7.1% | 3.5% | -0.3% | 16.2% | | 4.0% | 8.0% | -0.6% | 8.0% | | |
| $ sequential change | | ($34.5) | $12.3 | $1.5 | $1.9 | $0.9 | $2.5 | $14.4 | $1.4 | $0.7 | ($0.1) | $3.5 | $22.2 | $1.0 | $2.1 | ($0.2) | $2.2 | $22.9 | $27.6 |
| % of total revenue | | 32.4% | 30.5% | 27.0% | 27.3% | 27.0% | 27.8% | 27.3% | 27.2% | 25.2% | 23.8% | 25.5% | 25.3% | 25.2% | 24.7% | 23.5% | 23.7% | 24.2% | 23.5% |
| Gross profit | $41.4 | $81.5 | $117.0 | $37.6 | $42.0 | $45.3 | $50.0 | $174.9 | $55.2 | $63.2 | $68.2 | $72.3 | $258.9 | $76.3 | $84.5 | $90.0 | $95.9 | $346.7 | $452.0 |
| Gross margin | 57.9% | 67.6% | 69.5% | 73.0% | 72.7% | 73.0% | 72.2% | 72.7% | 72.8% | 74.8% | 76.2% | 74.5% | 74.7% | 74.8% | 75.3% | 76.5% | 76.3% | 75.8% | 76.5% |
| Consensus gross margin | | | | | | | | | 72.8% | 74.9% | 74.7% | 74.7% | 74.3% | 74.5% | 75.0% | 76.3% | 76.3% | 75.5% | |
| R&D expense | 18.8 | 23.1 | 30.0 | 11.4 | 11.8 | 10.6 | 11.2 | 45.0 | 13.2 | 13.9 | 13.6 | 14.5 | 55.2 | 16.9 | 18.2 | 17.1 | 20.4 | 72.6 | 91.7 |
| % y/y change | | 22.5% | 29.8% | 83% | 38% | 44% | 43% | 50.1% | 16% | 18% | 28% | 30% | 22.8% | 28% | 30% | 26% | 41% | 31.5% | 26.3% |
| % q/q change | | | | 46% | 4% | -11% | 6% | | 18% | 6% | -3% | 7% | | 16% | 8% | -6% | 20% | | |
| % of revenue | | 19.2% | 17.8% | 22.1% | 20.5% | 17.1% | 16.1% | 18.7% | 17.4% | 16.5% | 15.2% | 15.0% | 15.9% | 16.6% | 16.2% | 14.5% | 16.3% | 15.9% | 15.5% |
| S&M expense | 53.9 | 71.0 | 97.1 | 38.4 | 37.5 | 41.7 | 43.3 | 160.8 | 49.7 | 55.8 | 51.7 | 58.0 | 215.2 | 61.1 | 71.4 | 65.2 | 71.9 | 269.6 | 332.7 |
| % y/y change | | 31.9% | 36.7% | 85% | 88% | 79% | 30% | 65.6% | 29% | 49% | 24% | 34% | 33.8% | 23% | 28% | 26% | 24% | 25.3% | 23.4% |
| % q/q change | | | | 6% | -2% | 11% | 4% | | 15% | 12% | -7% | 12% | | 5% | 17% | -9% | 10% | | |
| % of revenue | | 59.0% | 57.7% | 74.5% | 64.8% | 67.3% | 62.5% | 66.8% | 65.5% | 66.0% | 57.8% | 59.8% | 62.1% | 59.9% | 63.7% | 55.4% | 57.2% | 58.9% | 56.3% |
| G&A expense | 18.0 | 20.0 | 27.0 | 11.1 | 9.7 | 11.3 | 11.5 | 43.6 | 12.5 | 10.1 | 13.1 | 13.8 | 49.5 | 16.6 | 11.7 | 16.7 | 16.6 | 61.6 | 72.9 |
| % y/y change | | 10.6% | 35.1% | 123% | 63% | 67% | 24% | 61.6% | 12% | 4% | 16% | 20% | 13.5% | 33% | 16% | 28% | 20% | 24.6% | 18.3% |
| % q/q change | | | | 20% | -13% | 16% | 2% | | 8% | -19% | 30% | 5% | | 20% | -29% | 43% | -1% | | |
| % of revenue | | 16.6% | 16.0% | 21.6% | 16.7% | 18.2% | 16.6% | 18.1% | 16.4% | 11.9% | 14.6% | 14.2% | 14.3% | 16.3% | 10.4% | 14.2% | 13.2% | 13.5% | 12.4% |
| Operating expenses | 90.8 | 114.1 | 154.1 | 60.9 | 59.0 | 63.6 | 65.9 | 249.4 | 75.3 | 79.9 | 78.4 | 86.3 | 319.8 | 94.6 | 101.4 | 99.0 | 108.9 | 403.8 | 497.3 |
| % y/y change | | 25.7% | 35.0% | 90.8% | 71.4% | 69.8% | 31.0% | 61.9% | 23.7% | 35.4% | 23.3% | 30.9% | 28.3% | 25.5% | 26.9% | 26.3% | 26.2% | 26.3% | 23.1% |
| % q/q change | | | | 21.1% | -3.2% | 7.8% | 3.7% | | 14.3% | 6.0% | -1.9% | 10.1% | | 9.6% | 7.2% | -2.3% | 10.0% | | |
| % of revenue | | 94.7% | 91.5% | 118.2% | 102.0% | 102.5% | 95.2% | 103.6% | 99.3% | 94.5% | 87.7% | 89.0% | 92.2% | 92.7% | 90.3% | 84.2% | 86.6% | 88.3% | 84.2% |
| Operating income | ($49.3) | ($32.6) | (36.9) | ($23.3) | ($17.0) | ($18.3) | ($15.9) | (74.4) | ($20.1) | ($16.6) | ($8.8) | ($14.0) | (61.0) | ($18.3) | ($16.9) | ($9.0) | ($13.0) | (57.1) | (45.3) |
| % y/y change | | 51.2% | -11.7% | -75.2% | -61.0% | -54.8% | 3.0% | -50.4% | 15.9% | 1.9% | 107.2% | 13.5% | 22.1% | 10.0% | -1.3% | -2.2% | 8.0% | 6.7% | 26.1% |
| Operating Margin | (68.9%) | (27.1%) | (21.9%) | (45.2%) | (29.3%) | (29.5%) | (23.0%) | (30.9%) | (26.5%) | (19.7%) | (9.9%) | (14.5%) | (17.6%) | (17.9%) | (15.0%) | (7.7%) | (10.3%) | (12.5%) | (7.7%) |
| Consensus Op.margin | | | | | | | | | -26.5% | -19.7% | -19.3% | -15.4% | -19.9% | -18.4% | -15.7% | -13.3% | -10.8% | -13.8% | |
| Other (Income) / expense | 1.3 | 0.8 | 0.5 | 0.4 | 0.2 | 0.6 | 0.2 | 1.5 | (0.2) | 0.5 | (1.0) | (1.0) | (1.7) | (1.0) | (1.0) | (1.0) | (1.0) | (4.0) | (4.0) |
| Interest (income) / expense | (0.1) | (0.1) | (0.1) | (0.1) | (0.0) | 0.9 | 1.1 | 0.1 | 1.3 | 1.3 | 2.2 | - | 4.8 | - | - | - | - | 0.0 | 0.0 |
| Adj. pretax income | (50.6) | (33.4) | (37.3) | (23.6) | (17.1) | (18.6) | (14.6) | (76.0) | (19.1) | (14.8) | (10.0) | (13.0) | (64.1) | (17.3) | (15.9) | (8.0) | (12.0) | (53.1) | (41.3) |
| Income Tax | 0.1 | 0.5 | 1.3 | 0.6 | 0.9 | 0.6 | 1.1 | 3.2 | 1.1 | 1.3 | 1.0 | 0.5 | 3.9 | 0.8 | 0.8 | 0.6 | 1.4 | 3.6 | 2.5 |
| Effective adj. tax rate | 0.2% | 1.5% | 3.4% | 2.3% | 5.3% | 3.3% | 7.8% | 4.2% | 5.7% | 9.0% | 9.5% | 4.0% | 6.1% | 4.5% | 5.0% | 7.3% | 12.0% | 6.8% | 6.2% |
| Net income (loss) | ($50.7) | ($34.0) | (38.7) | ($24.2) | ($18.1) | ($19.2) | ($15.7) | (77.1) | ($20.2) | ($16.1) | ($11.0) | ($13.5) | (60.8) | ($18.0) | ($16.6) | ($8.6) | ($13.4) | (56.7) | (43.8) |
| % y/y change | | 49.2% | (12.2%) | 73.3% | 66.8% | 48.9% | 4.6% | (49.8%) | 19.8% | 12.3% | 74.5% | 16.1% | 26.9% | 11.9% | 3.4% | 28.0% | 0.9% | 7.2% | 29.3% |
| Non GAAP EPS | | | | ($0.25) | ($0.18) | ($0.18) | ($0.13) | ($0.75) | ($0.16) | ($0.12) | ($0.08) | ($0.10) | ($0.47) | ($0.13) | ($0.12) | ($0.06) | ($0.10) | ($0.41) | ($0.31) |
| % y/y change | | | | | | | | | 52.6% | 47.5% | 119.2% | 31.8% | 58.6% | 24.1% | 2.8% | 34.6% | 5.0% | 15.0% | 34.2% |

Source: Company Data, Evercore ISI Research

Case 3:20-cv-05959-RS   Document 41-16   Filed 03/09/21   Page 4 of 9

Case 3:20-cv-05959-RS Document 41-16 Filed 03/09/21 Page 5 of 9

## VALUATION METHODOLOGY

Our price target of $65 implies 14.0X EV/CY21 revenue, which we believe is fair given we believe estimates are conservative and we expect the company will sustain 30% + growth.

## RISKS

Increasing competition from larger vendors with more resources at their disposal, execution risk and lower ramp for QBR to become fully productive, government export/import control sanctions, and SaaS service disruptions.

## COMPANIES UNDER COVERAGE BY AUTHOR

| Symbol | Company | Rating | Price (2019-21-11) | Evercore ISI Target |
|---|---|---|---|---|
| ADBE | Adobe Systems Inc. | Outperform | $300.10 | $320.00 |
| BLKB | Blackbaud Inc. | Underperform | $83.96 | $85.00 |
| CRM | salesforce.com Inc. | Outperform | $164.20 | $190.00 |
| CTXS | Citrix Systems Inc. | In Line | $112.92 | $105.00 |
| DOCU | DocuSign, Inc | Outperform | $67.89 | $80.00 |
| HUBS | HubSpot, Inc | In Line | $145.45 | $170.00 |
| INTU | Intuit Inc. | In Line | $273.48 | $300.00 |
| MSFT | Microsoft Corporation | Outperform | $149.62 | $160.00 |
| NOW | ServiceNow, Inc. | Outperform | $283.00 | $285.00 |
| ORCL | Oracle Corporation | In Line | $56.24 | $55.00 |
| PLAN | Anaplan, Inc | Outperform | $49.15 | $65.00 |
| RAMP | LiveRamp Holdings, Inc | Outperform | $48.87 | $66.00 |
| SAP-ETR | SAP SE | Outperform | €122.26 | €149.00 |
| SPLK | Splunk Inc. | In Line | $126.81 | $140.00 |
| SWI | SolarWinds Corporation | In Line | $19.13 | $22.00 |
| TYL | Tyler Technologies, Inc. | In Line | $287.78 | $250.00 |
| VEEV | Veeva Systems Inc. | In Line | $154.33 | $170.00 |
| VMW | VMware, Inc. | In Line | $169.62 | $145.00 |
| WDAY | Workday, Inc. | Outperform | $172.56 | $215.00 |
| ZEN | Zendesk, Inc | Outperform | $78.03 | $93.00 |

## TIMESTAMP

**(Article 3(1)e and Article 7 of MAR)**

Time of dissemination: November 21 2019 02:59

## ANALYST CERTIFICATION

The analysts, Peter Levine, Diana Chang, Peter Burkly, Kirk Materne, primarily responsible for the preparation of this research report attest to the following: (1) that the views and opinions rendered in this research report reflect his or her personal views about the subject companies or issuers; and (2) that no part of the research analyst's compensation was, is, or will be directly related to the specific recommendations or views in this research report.

## DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA"), and Evercore ISI International Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore.

The analysts and associates responsible for preparing this report receive compensation based on various factors, including Evercore's Partners' total revenues, a portion of which is generated by affiliated investment banking transactions. Evercore ISI seeks to update its research as appropriate, but various regulations may prevent this from happening in certain instances. Aside from certain industry reports published on a periodic basis, the large majority of reports are published at irregular intervals as appropriate in the analyst's judgment.

Evercore ISI generally prohibits analysts, associates and members of their households from maintaining a financial interest in the securities of any company in the analyst's area of coverage. Any exception to this policy requires specific approval by a member of our Compliance Department. Such ownership is subject to compliance with applicable regulations and disclosure. Evercore ISI also prohibits analysts, associates and members of their households from serving as an officer, director, advisory board member or employee of any company that the analyst covers.

This report may include a Tactical Call, which describes a near-term event or catalyst affecting the subject company or the market overall and which is expected to have a short-term price impact on the equity shares of the subject company. This Tactical Call is separate from the analyst's long-term recommendation (Outperform, In Line or Underperform) that reflects a stock's forward 12-month expected return, is not a formal rating and may differ from the target prices and recommendations reflected in the analyst's long-term view.

**Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI, and can be obtained by writing to Evercore Group L.L.C., Attn. Compliance, 666 Fifth Avenue, 11th Floor, New York, NY 10103.**

Evercore and its affiliates, and I or their respective directors, officers, members and employees, may have, or have had, interests or qualified holdings on issuers mentioned in this report. Evercore and its affiliates may have, or have had, business relationships with the companies mentioned in this report.

Additional information on securities or financial instruments mentioned in this report is available upon request.

---

**Ratings Definitions**

**Current Ratings Definition**

Evercore ISI's recommendations are based on a stock's total forecasted return over the next 12 months. Total forecasted return is equal to the expected percentage price return plus gross dividend yield. We divide our stocks under coverage into three primary ratings categories, with the following return guidelines:

**Outperform**- the total forecasted return is expected to be greater than the expected total return of the analyst's coverage universe
**In Line**- the total forecasted return is expected to be in line with the expected total return of the analyst's universe
**Underperform**- the total forecasted return is expected to be less than the expected total return of the analyst's universe
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company and in certain other circumstances.*
**Rating Suspended**- Evercore ISI has suspended the rating and target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon.*

*Prior to October 10, 2015, the "Coverage Suspended" and "Rating Suspended" categories were included in the category "Suspended."

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell" to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Outperform, In Line, and Underperform ratings can be equated to Buy, Hold and Sell, respectively.**

**Historical Ratings Definitions**

Prior to March 2, 2017, Evercore ISI's recommendations were based on a stock's total forecasted return over the next 12 months:

5

**Buy**- the total forecasted return is expected to be greater than 10%
**Hold**- the total forecasted return is expected to be greater than or equal to 0% and less than or equal to 10%
**Sell** -the total forecasted return is expected to be less than 0%

On October 31, 2014, Evercore acquired International Strategy & Investment Group LLC ("ISI Group") and ISI UK (the "Acquisition") and transferred Evercore Group's research, sales and trading businesses to ISI Group. On December 31, 2015, the combined research, sales and trading businesses were transferred back to Evercore Group in an internal reorganization. Since the Acquisition, the combined research, sales and trading businesses have operated under the global marketing brand name Evercore ISI.

**ISI Group and ISI UK:**

Prior to October 10, 2014, the ratings system of ISI Group and ISI UK which was based on a 12-month risk adjusted total return:

Strong Buy- Return > 20%
Buy- Return 10% to 20%
Neutral - Return 0% to 10%
Cautious- Return -10% to 0%
Sell-  Return< -10%

For disclosure purposes, ISI Group and ISI UK ratings were viewed as follows: Strong Buy and Buy equate to Buy, Neutral equates to Hold, and Cautious and Sell equate to Sell.

**Evercore Group:**

Prior to October 10, 2014, the rating system of Evercore Group was based on a stock's expected total return relative to the analyst's coverage universe over the following 12 months. Stocks under coverage were divided into three categories:

Overweight- the stock is expected to outperform the average total return of the analyst's coverage universe over the next 12 months.
Equal-Weight- the stock is expected to perform in line with the average total return of the analyst's coverage universe over the next 12 months.
Underweight -the stock is expected to underperform the average total return of the analyst's coverage universe over the next 12 months.
Suspended- the company rating, target price and earnings estimates have been temporarily suspended.

For disclosure purposes, Evercore Group's prior "Overweight," "Equal-Weight" and "Underweight" ratings were viewed as "Buy," "Hold" and "Sell," respectively.

**Ratings Definitions for Portfolio-Based Coverage**

Evercore ISI utilizes an alternate rating system for companies covered by analysts who use a model portfolio-based approach to determine a company's investment recommendation. Covered companies are included or not included as holdings in the analyst's Model Portfolio, and have the following ratings:

**Long**- the stock is a positive holding in the model portfolio; the total forecasted return is expected to be greater than 0%.
**Short**- the stock is a negative holding in the model portfolio; the total forecasted return is expected to be less than 0%.
**No Position**- the stock is not included in the model portfolio.
**Coverage Suspended**- the rating and target price have been removed pursuant to Evercore ISI policy when Evercore is acting in an advisory capacity in a merger or strategic transaction involving this company, and in certain other circumstances; a stock in the model portfolio is removed.
**Rating Suspended** - Evercore ISI has suspended the rating and/or target price for this stock because there is not sufficient fundamental basis for determining, or there are legal, regulatory or policy constraints around publishing, a rating or target price. The previous rating and target price, if any, are no longer in effect for this company and should not be relied upon; a stock in the model portfolio is removed.

Stocks included in the model portfolio will be weighted from 0 to 100% for Long and 0 to -100% for Short. A stock's weight in the portfolio reflects the analyst's degree of conviction in the stock's rating relative to other stocks in the portfolio. The model portfolio may also include a cash component. At any given time the aggregate weight of the stocks included in the portfolio and the cash component must equal100%.

Stocks assigned ratings under the alternative model portfolio-based coverage system cannot also be rated by Evercore ISI's Current Ratings definitions of Outperform, In Line and Underperform.

**FINRA requires that members who use a ratings system with terms other than "Buy," "Hold/Neutral" and "Sell," to equate their own ratings to these categories. For this purpose, and in the Evercore ISI ratings distribution below, our Long, No Position and Short ratings can be equated to Buy, Hold and Sell respectively.**

**Evercore ISI rating (as of 11/21/2019)**

| Coverage Universe | | | Investment Banking Services I Past 12 Months | | |
|---|---|---|---|---|---|
| **Ratings** | **Count** | **Pct.** | **Ratings** | **Count** | **Pct.** |
| Buy | 421 | 52 | Buy | 96 | 23 |
| Hold | 315 | 39 | Hold | 36 | 11 |
| Sell | 39 | 5 | Sell | 3 | 8 |
| Coverage Suspended | 19 | 2 | Coverage Suspended | 10 | 53 |
| Rating Suspended | 10 | 1 | Rating Suspended | 3 | 30 |

**Issuer-Specific Disclosures (as of November 21, 2019)**

Evercore ISI or an affiliate has acted as a manager or co-manager of a public offering of securities by this subject company Anaplan, Inc in the last 12 months.

Evercore ISI or an affiliate expects to receive or intends to seek compensation for investment banking services from this subject company Anaplan, Inc within the next three months.

Evercore ISI or an affiliate has received compensation from this subject company Anaplan, Inc for investment banking services in the last 12 months.

**Price Charts**



Anaplan, Inc Rating History as of 11/21/2019

■ Close Price (p) ■ Target Price (p)

**Ratings Key**

| B | Buy | OP | Outperform | L | Long | CS | Coverage Suspended |
|---|-----|----|-----------|---|------|----|--------------------|
| H | Hold | IL | In Line | NP | No Position | RS | Rating Suspended |
| S | Sell | UP | Underperform | S | Short | | |

## GENERAL DISCLOSURES

This report is approved and/or distributed by Evercore Group L.L.C. ("Evercore Group"), a U.S. licensed broker-dealer regulated by the Financial Industry Regulatory Authority ("FINRA") and by Evercore ISI International Limited ("ISI UK"), which is authorised and regulated in the United Kingdom by the Financial Conduct Authority. The institutional sales, trading and research businesses of Evercore Group and ISI UK collectively operate under the global marketing brand name Evercore ISI ("Evercore ISI"). Both Evercore Group and ISI UK are subsidiaries of Evercore Inc. ("Evercore"). The trademarks, logos and service marks shown on this report are registered trademarks of Evercore Inc.

This report is provided for informational purposes only. It is not to be construed as an offer to buy or sell or a solicitation of an offer to buy or sell any financial instruments or to participate in any particular trading strategy in any jurisdiction. The information and opinions in this report were prepared by registered employees of Evercore ISI. The information herein is believed by Evercore ISI to be reliable and has been obtained from public sources believed to be reliable, but Evercore ISI makes no representation as to the accuracy or completeness of such information. Opinions, estimates and projections in this report constitute the current judgment of the author as of the date of this report. They do not necessarily reflect the opinions of Evercore and are subject to change without notice. In addition, opinions, estimates and projections in this report may differ from or be contrary to those expressed by other business areas or groups of Evercore and its affiliates. Evercore ISI has no obligation to update, modify or amend this report or to otherwise notify a reader thereof in the event that any matter stated herein, or any opinion, projection, forecast or estimate set forth herein, changes or subsequently becomes inaccurate. Facts and views in Evercore ISI research reports and notes have not been reviewed by, and may not reflect information known to, professionals in other Evercore affiliates or business areas, including investment banking personnel.

Evercore ISI does not provide individually tailored investment advice in research reports. This report has been prepared without regard to the particular investments and circumstances of the recipient. The financial instruments discussed in this report may not be suitable for all investors and investors must make their own investment decisions using their own independent advisors as they believe necessary and based upon their specific financial situations and investment objectives. Securities and other financial instruments discussed in this report, or recommended or offered by Evercore ISI, are not insured by the Federal Deposit Insurance Corporation and are not deposits of or other obligations of any insured depository institution. If a financial instrument is denominated in a currency other than an investor's currency, a change in exchange rates may adversely affect the price or value of, or the income derived from the financial instrument, and such investor effectively assumes such currency risk. In addition, income from an investment may fluctuate and the price or value of financial instruments described in this report, either directly or indirectly, may rise or fall. Estimates of future performance are based on assumptions that may not be realized. Furthermore, past performance is not necessarily indicative of future performance.

Evercore ISI salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in this research. Our asset management affiliates and investing businesses may make investment decisions that are inconsistent with the recommendations or views expressed in this research.

Electronic research is simultaneously available to all clients. This report is provided to Evercore ISI clients and may not be redistributed, retransmitted or disclosed, in whole or in part, or in any form or manner, without the express written consent of Evercore ISI. Receipt and review of this research report constitutes your agreement not to redistribute, retransmit, or disclose to others the contents, opinions, conclusion or information contained in this report (including any investment recommendations, estimates or target prices) without first obtaining express permission from Evercore ISI.

This report is not intended for distr bution to, or use by any person or entity in any jurisdiction or country where such distribution or use would be contrary to local law or regulation.

For investors in the UK: In making this report available, Evercore makes no recommendation to buy, sell or otherwise deal in any securities or investments whatsoever and you should neither rely or act upon, directly or indirectly, any of the information contained in this report in respect of any such investment activity. This report is being directed at or distr buted to, (a) persons who fall within the definition of Investment Professionals (set out in Article 19(5) of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005 (the "Order")); (b) persons falling within the definition of high net worth companies, unincorporated associations, etc. (set out in Article 49(2) of the Order); (c) other persons to whom it may otherwise lawfully be communicated (all such persons together being referred to as "relevant persons"). This report must not be acted on or relied on by persons who are not relevant persons.

Applicable current disclosures regarding the subject companies covered in this report are available at the offices of Evercore ISI, and can be obtained by writing to Evercore Group L.L.C., Attn. Compliance, 666 Fifth Avenue, 11th Floor, New York, NY 10103.

 In compliance with the European Securities and Markets Authority's Market Abuse Regulation, a list of all Evercore ISI recommendations disseminated in the preceding 12 months for the subject companies herein, may be found at the following site: https://evercoreisi.mediasterling.com/disclosure.

*© 2019. Evercore Group L.L.C. All rights reserved.*