# EXHIBIT 17

DEF 14A 1 d733020ddef14a.htm DEF 14A

**Table of Contents**

---



## UNITED STATES
## SECURITIES AND EXCHANGE COMMISSION
**Washington, D.C. 20549**

---

## SCHEDULE 14A INFORMATION

**Proxy Statement Pursuant to Section 14(a) of the
Securities Exchange Act of 1934 (Amendment No.   )**

---

Filed by the Registrant  ☒        Filed by a Party other than the Registrant  ☐

Check the appropriate box:

☐    Preliminary Proxy Statement

☐    **Confidential, for Use of the Commission Only (as permitted by Rule 14a-6(e)(2))**

☒    Definitive Proxy Statement

☐    Definitive Additional Materials

☐    Soliciting Material under §240.14a-12

# Anaplan, Inc.

**(Name of Registrant as Specified In Its Charter)**

**(Name of Person(s) Filing Proxy Statement, if other than the Registrant)**

Payment of Filing Fee (Check the appropriate box):

☒    No fee required.

☐    Fee computed on table below per Exchange Act Rules 14a-6(i)(1) and 0-11.

     (1)    Title of each class of securities to which transaction applies:

     (2)    Aggregate number of securities to which transaction applies:

     (3)    Per unit price or other underlying value of transaction computed pursuant to Exchange Act Rule 0-11 (set forth the amount on which the filing fee is calculated and state how it was determined):

     (4)    Proposed maximum aggregate value of transaction:

(5)     Total fee paid:

_____

☐     Fee paid previously with preliminary materials.

☐     Check box if any part of the fee is offset as provided by Exchange Act Rule 0-11(a)(2) and identify the filing for which the offsetting fee was paid previously. Identify the previous filing by registration statement number, or the Form or Schedule and the date of its filing.

(1)     Amount Previously Paid:

_____

(2)     Form, Schedule or Registration Statement No.:

_____

(3)     Filing Party:

_____

(4)     Date Filed:

_____

**Table of Contents**



**Anaplan, Inc.**
**50 Hawthorne Street**
**San Francisco, California 94105**

**April 22, 2019**

Dear Anaplan Stockholder:

I am pleased to invite you to attend the 2019 Annual Meeting of Stockholders of Anaplan, Inc. (the "2019 Annual Meeting") to be held at 8:00 a.m. Pacific Time on Wednesday, June 5, 2019. The 2019 Annual Meeting will be held at 50 Hawthorne Street, San Francisco, CA 94105. You will be able to vote your shares and submit your questions during the meeting.

Details of the business to be presented at the meeting may be found in the Notice of 2019 Annual Meeting of Stockholders and the Proxy Statement accompanying this letter.

Your vote is important. Whether or not you plan to attend the meeting, please submit your proxy as soon as possible so that your shares may be represented at the 2019 Annual Meeting.

On behalf of the Board of Directors of Anaplan, Inc., I thank you for your continued support.

Sincerely,

Frank Calderoni
*Chairman and Chief Executive Officer*

**YOUR VOTE IS IMPORTANT**

This Proxy Statement and our 2019 Annual Report can be accessed directly at the Internet address www.proxyvote.com using the control number located on the Notice of Internet Availability of Proxy Materials (the "Notice"), on your proxy card or in the instructions that accompanied your proxy materials. The Notice also contains instructions on how to vote online or by telephone and includes instructions on how to request a paper copy of the Proxy Materials. Whether or not you plan to attend the meeting, please ensure that your shares are voted at the 2019 Annual Meeting by signing and returning a proxy card or by using our Internet or telephonic voting system.

**Table of Contents**

### SECURITY OWNERSHIP OF CERTAIN BENEFICIAL OWNERS AND MANAGEMENT

The following table sets forth as of April 8, 2019, the beneficial ownership of our common stock by (i) each director and director nominee of the Company, (ii) each executive officer of the Company named in the Summary Compensation Table below, and (iii) all directors and executive officers of the Company as a group.

Applicable percentage ownership is based on 126,425,461 shares of common stock outstanding at April 8, 2018. In computing the number of shares of common stock beneficially owned by a person or entity and the percentage ownership of that person or entity, we deemed to be outstanding all shares of common stock subject to options and RSUs held by that person or entity that are currently exercisable or that will become exercisable within 60 days of April 8, 2018. We did not deem these shares outstanding, however, for the purpose of computing the percentage ownership of any other person or entity. Unless otherwise indicated, the address of each beneficial owner listed in the table below is c/o Anaplan, Inc., 50 Hawthorne Street, San Francisco, CA 94105.

| Name of Beneficial Owner | Number of Shares Beneficially Owned | Percentage of Class Beneficially Owned |
| --- | --- | --- |
| **Directors, Director Nominees and Executive Officers:** | | |
| Frank Calderoni[1] | 3,996,987 | 3.1% |
| David H. Morton, Jr.[2] | 200,000 | * |
| Steven Birdsall[3] | 386,867 | * |
| Robert E. Beauchamp[4] | 145,000 | * |
| Susan N. Bostrom[5] | 220,000 | * |
| David Conte[6] | 250,000 | * |
| Ravi Mohan [7] | 13,427,098 | 10.6% |
| Standish O'Grady [8] | 12,770,625 | 10.1% |
| Sandesh Patnam [9] | 9,081,216 | 7.2% |
| Suresh Vasudevan [17] | – | – |
| Rob Ward [10] | 7,926,486 | 6.3% |
| **All Directors, Director Nominees and Executive Officers as a group (11 persons) [11]** | **48,404,279** | **37.2%** |