1  Bruce G. Vanyo (SBN 60134)
   bruce@katten.com
2  Paul S. Yong (SBN 303164)
3  paul.yong@katten.com
   KATTEN MUCHIN ROSENMAN LLP
4  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067
5  Telephone: (310) 788-4400
   Facsimile: (310) 788-4471
6
   Michael J. Lohnes (admitted *pro hac vice*)
7  michael.lohnes@katten.com
   KATTEN MUCHIN ROSENMAN LLP
8  525 West Monroe Street
   Chicago, IL 60661
9  Telephone: (312) 902-5200
   Facsimile: (312) 902-1061
10
11 *Counsel for Defendants Anaplan Inc.,
   Frank Calderoni, and David H. Morton*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FADEL SAKKAL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>ANAPLAN INC., FRANK CALDERONI, and DAVID H. MORTON,<br><br>Defendants. | Case No. 20-cv-05959-RS<br><br><u>CLASS ACTION</u><br><br>**ORDER GRANTING JOINT STIPULATION REGARDING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AS MODIFIED BY THE COURT**<br><br>The Honorable Richard Seeborg |

Having considered the Parties' JOINT STIPULATION REGARDING CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE, the Court hereby orders that the initial case management conference currently scheduled for July 22, 2021 at 10:00 a.m. is hereby continued to October 28, 2021 at 10:00 a.m. Joint Case Management Statement due October 21, 2021.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: June 30, 2021

_____
HON. RICHARD SEEBORG
CHIEF UNITED STATES DISTRICT JUDGE